
Flag of the Unity-States of the America



FILED
DISTRICT OF WYOMING

0 1 CV 1 0 1 8 - B

2001 APR 13 AM 10: 27

CLERK
U.S. DISTRICT COURT


ORIGINA

: AUTOGRAPH:
: COPY-CLAIM:

FOR THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE <u>TITLE: 42: U.S.A.-CLAIM: SECTION: 1986</u> FOR THE KNOWLEDGE OF THE LAW IS WITH THE STOPPAGE AND CORRECTION OF THE WRONG(S) FOR THE SAFEGUARD OF THE CLAIM(S) WITH THE <u>U-NITY-STATES</u> OF THE AMERICA.

RUSSELL JAY GOULD(sic) AS THE VESSEL        ) WITH THIS <u>CORPORATION</u> OF THIS <u>CASE-</u>
:Russell-Jay: Gould:CLAIMANT AS THE WITNESS )  <u>NUMBER</u>: **RR  512  587  202  US.**
:<u>U-NITY-STATES</u> OF THE AMERICA:        § FOR THE CLAIM OF  THE CLAIM IS
                                            § WITH THE CLAIM OF THE <u>TITLE: 42: U. S. A.-</u>
                                            § <u>CLAIM: SECTION: 1986:</u> KNOWLEDGE OF THE
                                            § LAW WITH THE STOPPAGE AND CORRECTION
                                            § OF THE WRONG(S) FOR THE SAFEGUARD OF
                                            § THE CLAIM(S) BY THE REGISTATION
:CLAIMANT AS THE WITNESS:                    § WITH THIS <u>**CORPORATION**</u> OF THIS CASE:
                                            § **RR  512  587  202**  US BY THE <u>U. S. MAIL</u>.

        :VERSUS:

DEPARTMENT (sic) OF THE TREASURY (sic) AS A PERSON
INTERNAL REVENUE SERVICE (sic) AS A PERSON

:LIBEL(S):

FOR THE CLAIMANT/WITNESS WITH THE KNOWLEDGE IS WITH THE <u>BILL OF THE LADING</u> WITH THE COURT-CLERK/CARRIER WITH THE IDENTIFICATION OF THE ITEM(S) WITH THE TRANSPORTATION IN THE MARITIME/ADMIRALTY-CLAIM(S) WITH THE <u>REGISTRATION-NUMBER OF THE U. S. POST-OFFICE</u>: RR  512  587  202  US WITH THE CAPTION OF THE DOCUMENT(S), WITH THE IDENTIFICATION OF THE AUTOGRAPH WITH THE CLAIMANT/WITNESS THROUGH THE POSTAGE-STAMP, WITH THE FLAG OF THE CLAIMANT/WITNESS WITH THE IDENTIFICATION OF THIS DOCUMENT WITH OTHER DOCUMENTS WITHIN THIS CASE BY THE **REGISTRATION-NUMBER** WITH THE COURT. FOR THE LIBEL(S) WITHIN THIS CASE **ARE** WITH THE OBLIGATION OF THE <u>TITLE: 49: U. S. A.-CLAIMS: SECTION: 14706</u> FOR THE TRANSPORTATION OF THIS DOCUMENT AND OF OTHER DOCUMENTS WITH THIS CASE WITHIN THE <u>ADMIRALTY/MARITIME-CLAIM[JURISDICTION]</u> WITH THE COURT BY THE CLERK.

FOR THE CLAIMANT WITH THE KNOWLEDGE WITH THIS <u>**TREATY-PUBLICATION**</u> IS WITH THIS <u>CLAIM</u> WITH THE <u>U-NITY-STATES</u>/PARTY, FOR THE ACCEPTANCE OF THE AUTHORITY OF THE TERMS, CLAIMS, OF THE OATH OF THIS <u>TREATY-VESSEL-LAW</u> WITH THE KNOWLEDGE OF THIS <u>CORPORATION-CASE-NUMBER</u>: **RR  512  587  202** US WITH THE COURT, FOR THE KNOWLEDGE WITH THE TERMS, CLAIMS WITH THE LAWS FOR THE CLAIM OF THE TRUTH BY THE PARTY(S) BY ALL LIBEL(S) IS WITH THE <u>AMERICAN-FLAG</u> OF THE U.S.A. WITH THE CLAIM FOR THE OATH IN THE TRUTH FOR THE OBLIGATION OF THE TRUTH BY THE <u>FIDUCIARY-P/C/P-VESSEL</u>(s) OF THE COURT(noun), WITH THE BINDING OF THE TERMS  OF THE CONDITIONS OF THE <u>TREATY-CHARTER-VESSEL-LAW</u> <u>WITHIN THE **VIENNA-CONVENTION FOR THE LAW OF THE TREATIES: ARTICLE: 11:**</u> FOR THE MEANS OF THE CLAIM OF THE CONSENT WITH THE COURT BY THE CLERK. FOR THE TREATY-STATE OF THIS CLAIM IS WITH THE LAW OF THE <u>AMERICAN-FLAG</u> WITHIN

For the copy-claim with the date IS with the April-1, 2001 by the Russell-Jay: Gould.        Receipt #991975

THE TREATY-STATE OF THIS CORPORATION WITH THIS CASE BY THE LIBEL(S) WITH THE COURT BY THE CLERK.

FOR THE CLAIMANT WITH THE KNOWLEDGE IS WITH THE TRUTH OF THE NOUN-CLAIM-LANGUAGE WITH THE CAPTURE OF THE FICTION-CLAIM [JURISDICTION] WITH THE COURT BY THE CLERK. FOR ANY BREACH OF THIS C.U.S.A.F.-CHARTER-VESSEL-LAW IS AGAINST THE TERMS, CLAIMS, QUAUNTUM-SPEECH, AGAINST THE CLAIM(S) OF THIS CASE WITH THE COURT BY THE CLERK. FOR ANY BREACH OF THIS CLAIM IS WITH THE C.U.S.A.F.-CHARTER-VESSEL BY THE WAR AGAINST THE CHARTER-VESSEL-LAW WITH THE VOLITION FOR THE COMMISSION OF A TORT WITH THE LAW FOR A LOSS OF THE CLAIM OF ANY CLAIM [JURISDICTION], WITH THE VOIDANCE OF ANY ORDERS OF FICTION (sic) WITH THE COURT BY THE CLERK.

..............................................................................................................................

FOR THE CLAIMANT WITH THE KNOWLEDGE IS WITH THE CHARTER/VESSEL/CLAIM FOR THE PUBLICATION OF THE OATH IN THE TRUTH WITH THE FIRSTHAND-KNOWLEDGE OF THE FACTS:

: *Russell-Jay:Gould:*                                                    //.

..............................................................................................................................

FOR THE CLAIMANT WITH THE KNOWLEDGE IS WITH THE OBLIGATION OF THE ADHERENCE WITHIN THE ADMIRALITY/MARITIME-CLAIM WITH THE F. C. C. P.-CLAIM: 9(h), WITH THE TITLE: 4: U. S. A.-CLAIM: SECTION(S): 1, 2, AND 3: FLAG OF THE U. S. A. WITHIN THE CLAIM [JURISDICTION] OF THE COURTS WITH THE U-NITY-STATES OF THE AMERICA WITH THE COURT BY THE CLERK. FOR THE U-NITY-STATES OF THE AMERICA IS WITH THE ORIGINAL-CLAIM [JURISDICTION] WITH THE TITLE: 28: U.S.A.-CLAIM: SECTION: 1333, WITH THE TITLE: 46: U. S. A.-CLAIMS: APPENDIX: CHAPTER-19-A: SECTION: 740: FOR THE CLAIM OF ANY BREACH IS WITH THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION], FOR THE TITLE: 46: U. S. A.-CLAIM: CHAPTER-22: SECTION: 782: FOR THE VENUE WITH THE SUIT WITH THE TITLE: 4: U.S.A.-CLAIM: SECTIONS: 1, 2, 3: FLAG OF THE U.S.A. FOR THE CLERK/CARRIER OF THIS CASE IS WITH THE VIENNA-CONVENTION FOR THE LAW OF THE TREATIES: ARTICLE: 26 FOR THE TREATY WITH THE BINDINGNESS OF THE OBLIGATION FOR THE PERFORMANCE WITH THE GOOD-FAITH WITH THE BINDINGNESS OF THE CONTRACT WITH THE VIENNA-CONVENTION FOR THE LAW OF THE TREATIES: ARTICLE: 11 BY THE LIBEL(S) WITH THE COURT BY THE CLERK. FOR THE FILING OF THIS CORPORATION-CASE IS WITH THE U-NITY-STATES OF THE AMERICA FOR THE CHARTER-VESSEL WITH THIS ORDER ARE WITH THE COMPULSION OF THE DUTIES WITH THE OFFICER OF THE COURT WITH THE TITLE: 28: U.S.A.-CLAIM: SECTION: 1361 FOR THE DUTIES OF THE PERFORMANCE WITH THE FILING OF THE DOCUMENTS WITH THE PROCESS OF THE CLAIM(S) WITH THE ORDER(noun) OF THE CONVENING OF THE COURT(noun) WITH THE HEARING(noun) AND TRIAL-CALANDER(noun) IN THE TRUTH(noun) WITH THIS TRIAL (noun) FOR ALL LIBEL(S) WITH THE F. C. C. P.-CLAIM: 40(2) WITH THE PROCESS OF THE SERVICE WITH THE F. C. C. P.-CLAIM: 4, AND 5 WITH THE DUTY OF THE PERFORMANCE WITH THE TITLE: 28: U.S.A.-CLAIM: SECTION(S): 452, AND 1691 WITHIN THE TRUTH IS WITH THE OBLIGATIONS OF THE SAFEGUARD AGAINST THE BREAH OF THE TITLE: 28: U.S.A.-CLAIM: SECTION: 1605, WITH THE TITLE: 46: U. S. A.-CLAIMS: CHAPTER: 22: SECTION: 781, WITH THE OBLIGATION OF THE PERFORMANCE WITH THE BILLS OF THE LADING WITH THE TITLE: 46: U. S. A.-CLAIM: SECTION(S): 190-194 WITH THE TITLE: 49: U. S. A.-CLAIMS: CHAPTER: 147: SECTION: 14706 WITH THE COURT BY THE CLERK. FOR THE CORPORATION OF THIS CASE IS WITH THE NOW-TENSE-TIME OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE CASE-NUMBER-TITLE WITH THE COURT BY THE CLERK.

FOR THE CLAIMANT WITH THE KNOWLEDGE IS WITH THE AUTHORIZATION OF THE TITLE: 42:U. S. A.-CLAIM: SECTION: 1986 FOR THE KNOWLEDGE OF THE LAW AND WITH

THE **TITLE: 42: U.S.A.-CLAIM: SECTION: 1990** FOR THE ESTABLISHMENT OF THE AUTHORITY BY THE ORDERS/COMMANDS FOR THE PERFORMANCE/DUTY/OBLIGATION BY THE VASSALEE(S): UNITED STATES MARSHAL(S)(sic).

**For the abbreviations and for the notes are within the claims of the terms.**

**FOR THE CLAIMS OF THE WORDS OF THE CLAIM:**

FOR THE CLAIM OF THE: *U.S.A.* IS WITH THE *U-NITY-STATES* OF THE AMERICA.

FOR THE CLAIM OF THE: *F.C.C.P.* IS WITH THE *FEDERAL-CLAIMS [RULES]* OF THE *CIVIL-CONTRACT-CLAIM [PROCEDURE]* WITH THE U.S.A..

FOR THE CLAIM OF THE: *C. U. S. A. F.* IS WITH THE *CHARTER/CONSTITUTION-U-NITY-STATES OF THE AMERICA* WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTIONS: 1 & 2**: FLAG.

FOR THE CLAIM OF THE *C.U.S.A.A.F.*: IS WITH THE *CHARTER/CONSTITUTION-U-NITY-STATES OF THE AMERICA WITH THE ARTICLES BY THE CORRECTION WITH THE AMERICAN-FLAG*.

FOR THE CLAIM OF THE *ARTICLE: 1:* IS WITH THE RIGHT OF THE TRUTH WITH THE LANGUAGE BY THE NOUN.

FOR THE CLAIM OF THE *ARTICLE: 2*: IS WITH THE RIGHT OF THE CLAIM [JUDGEMENT(sic)] WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 3*: IS WITH THE RIGHT OF THE TRUTH BY THE SPEECH/SPIRITUAL-CONVICTIONS AND SPIRITUAL-VALUES/PRESS/GRIEVANCE.

FOR THE CLAIM OF THE *ARTICLE: 4:* IS WITH THE RIGHT OF THE CAUSE WITH THE COURT-CLAIM WITH THE LANGUAGE BY THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 5:* IS WITH THE RIGHT OF THE FREEDOM WITH THIS CONSTITUTION BY THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 6:* IS WITH THE RIGHT BY THE ARREST-WARRANT WITH THE TRUTHFUL-LANGUAGE-PROCEDURES FOR A SEARCH-WARRANT WITH THE TRUTH WITH AN AUTOGRAPH BY A JUDGE(sic) OF THE OATH OF THIS CHARTER-VESSEL-CLAIM BY THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 7:* IS WITH THE RIGHTS OF THE CHARTER-VESSEL WITH THE WITNESS WITH THE TRUTH BY THE CLAIM.

FOR THE CLAIM OF THE *ARTICLE: 8:* IS WITH THE RIGHTS OF THE WITNESSES WITH THE COUNSEL AND EVIDENCE WITH THE TRUTHFUL-LANGUAGE-CONTRACT-CLAIMS [PROCEDURES] OF THE COURT FOR THE SPEEDY-TRIAL WITH THE TRUTH WITHIN THE 45-DAYS.

FOR THE CLAIM OF THE *ARTICLE: 9:* IS WITH THE RIGHT OF A TRIAL WITH THE JURY(sic) BY THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 10:* IS WITH THE PUNISHMENT WITH THE TRUTHFUL-LANGUAGE-CONTRACT-CLAIMS [PROCEDURES] FOR THE BAIL FOR ALL CITIZENS.

FOR THE CLAIM OF THE ***ARTICLE: 11:*** ARE WITH THE OFFICERS OF THE PEOPLE WITH THE APPOINTMENT, OR BY THE ELECTION, WITH THE OATH OR WITH THE CHARTER-VESSEL-CLAIM, FOR THE RIGHT OF THE C.U.S.A.F.-CHARTER-VESSEL WITH THE U.S.A. BY THE TRUTH.

FOR THE CLAIM OF THE ***ARTICLE: 12:*** ARE WITH THE CHARTER-VESSEL-DUTIES WITH THE MUTUAL-CHARTER-VESSEL-CLAIM BY THE TITLE-PARTIES OF THIS VESSEL-CLAIM.

FOR THE CLAIM OF THE ***ARTICLE: 13:*** IS WITH THE TRUTHFUL-LANGUAGE-CONTRACT-CLAIMS [PROCEDURE] WITH THE TRUTHFUL-CLAIMS [JURISDICTIONS] OF THE VASSALEES. FOR THE JUDICIAL-LANGUAGE OF THE U.S.A. IS WITH THE CONSTRUCTION OF THIS CHARTER-VESSEL-CLAIM OF THE LAW WITH THE EQUITY WITH ANY VASSALEE OF THE U-NITY-STATES OF THE AMERICA WITH THE OTHER-STATES BY THE TRUTH(noun). FOR THE CREATION OF ANY NEW-STATE IS WITH THE AUTHORITY OF THE TRUTHFUL-CONSTITUTION-VESSEL OF THE NEW-STATE-VESSEL WITHIN THE STATE-VESSEL OF THE TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 AND 2: AMERICAN-FLAG OF THIS CHARTER-VESSEL-CLAIM WITHIN THIS CLAIM BY THIS LITIGATION.

FOR THE CLAIM FOR THE USE OF THE WORDS: *THE, THIS, ANY, SUCH, OTHER, MORE, A, AN, THESE*, ETC. = WITH THE GRAMMAR-CONTRACT-CLAIMS [PROCEDURE] FOR THE USE AS THE ARTICLES ARE WITH THE CORPORATION AS THE ARTICLE OF THE NOW-TENSE-PHRASE AT THE LEFT OF THE NOW-TENSE-PHRASE AT THE CLAIM BY THE NOUN.

**FOR THE CLAIM OF THE FACT IS WITH THE CLAIM BY THE CLAIM.**

1. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE AS THE WITNESS IS WITH THE KNOWLEDGE OF THE LAW IN THE TRUTH WITH THE SAFEGUARD OF THE CLAIM(S) WITH THE TITLE: 42: U. S. A.-CLAIM: SECTION: 1986 BY THE Russell-Jay: Gould.

2. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE FINDING OF THE EVIDENCE BY THE DOCUMENTATION WITH THE COPY OF THE TAX FORMS(sic) WITH THE F. C. C. P.-CLAIM: 60(b) BY THE Russell-Jay: Gould.

3. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE PUBLICATION OF THE FINDINGS BY THE EVIDENCE WITH THE DOCUMENTATION WITH THE COPY OF THE TAX FORMS(sic) WITH THE F. C. C. P.-CLAIM: 26(e)(2) BY THE Russell-Jay: Gould.

4. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE EVIDENCE OF THE DOCUMENTS WITH THE TAX FORMS(sic) FOR THE STOPPAGE AND CORRECTION WITH THE WRONG(S) FOR THE SAFEGUARD OF THE CLAIMS WITH THE TITLE: 42: U. S. A.-CLAIM: SECTION: 1986 BY THE Russell-Jay: Gould.

**FOR THE CAUSE OF THIS CLAIM IS WITH THE CLAIM BY THE CLAIM.**

5. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE AS THE WITNESS IS WITH THE DAMAGE WITH THE BREACH OF THE KNOWLEDGE OF THE LAW WITH THE STOPPAGE AND CORRECTION OF THE WRONG(S) WITH THE TITLE: 42: U. S. A.-CLAIM: SECTION: 1986 BY THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

6. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE

DAMAGE BY THE USE OF THE NOUN(S) AS THE PRONOUN(S), ADJECTIVE(S), ADVERB(S), AND VERB(S) WITH THE USE OF THE FICTITOUS-LANGUAGE AND PAPER(S) WITH THE BREACH OF THE **TITLE: 18: U. S. A.-CLAIM: SECTION: 1001, AND 1002** BY THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

7. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE DAMAGE BY THE USE OF THE FICTITOUS-LANGUAGE WITH THE CAUSE OF THE MAIL-FRAUD WITH THE **TITLE: 18: U. S. A.-CLAIM: SECTION: 1342** BY THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

### FOR THE CLAIM OF THE CLAIM IS WITH THE CLAIM BY THE CLAIM.

8. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE CLAIM OF THE OBLIGATION FOR THE PAYMENT OF THE TAXES IN THE TRUTH(noun). FOR THE LACK OF THE CLAIM IN THE TRUTH(noun) IS WITH THE ORDER OF THIS LIEN IN THE TRUTH(noun) AGAINST THE FICTION WITH THIS CORPORATION OF THIS TRUST BY THE C.U.S.A.F.-CHARTER-VESSEL-CLAIM BY THE LACK OF A TRUTHFUL-OBLIGATION/CLAIM BY THE LACK OF THE STATEMENT(noun) OF A CLAIM IN THE TRUTH(noun). FOR THE BREACH OF THE **TITLE: 42: U. S. A.-CLAIM: SECTION: 1986**, **TITLE: 18: U. S. A.-CLAIM: SECTION: 1001, AND 1002**, AND **TITLE: 18: U. S. A.-CLAIM: SECTION: 1342** IS WITH THE CAUSE OF THE DAMAGE BY THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

9. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE BREACH OF THE **TITLE: 42: U. S. A.-CLAIM: SECTION: 1986**, **TITLE: 18: U. S. A.-CLAIM: SECTION: 1001, AND 1002**, AND **TITLE: 18: U. S. A.-CLAIM: SECTION: 1342** FOR THE CAUSE OF THE DAMAGE IN THE VALUE/LIEN OF THE $300,000.00-DOLLARS BY THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

10. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS WITH THE NOTIFICATION IN THE EVENT FOR THE LACK OF AN ANSWER WITH THIS CORPORATION-CASE-CLAIM: **RR 512 587 202 US** WITH A FAULT-CLAIM/LIEN [JUDGEMENT] AGAINST THE CLAIM BY THE NEGATION/ORDER AGAINST THE DEPARTMENT(sic) OF THE TREASURY(sic), AND INTERNAL REVENUE SERVICE (sic).

: *Russell-Jay: Gould:*                              //.        : FINGER: PRINT:
: CLAIMANT AS THE WITNESS: Russell-Jay: Gould:
: ADDRESS: 419-17-MILE: ROAD:
In the city of the Arapahoe,
In the state of the Wyoming: [82510],
WITH THE WIRE-NUMBER: 1-307-856-9571.

### FOR THE CLAIMS OF THE LAW ARE WITH THE CONSTITUTION OF THE U.S.A. AND WITH THE FLAG OF THE U.S.A..

11. FOR THE CLAIM OF THE **CONSTITUTION(C.U.S.A.F.)/CHARTER-VESSEL: ARTICLE: 3: SECTION: 2: CLAUSE: 1** IS WITH THE U.S.A., WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG** FOR THE JUDICIAL(sic)-POWER OF THE U-NITY-STATES IS WITH THE REACH OF ALL CASES BY THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION].

12. FOR THE CLAIM OF THE **CONSTITUTION(C.U.S.A.F.)/CHARTER-VESSEL** IS WITH THE U.S.A., WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG: ARTICLE: 1: SECTION: 9: CLAUSE: 7.** FOR THE TRUTH IN THE ADMIRALTY/MARITIME-CLAIM

[JURISDICTION] **IS** WITH THE <u>SOVEREIGN-P/C/P-VESSEL</u> OF THE U.S.A. FOR THE <u>TRUTHFUL-LANGUAGE-CONTRACT-CLAIMS     [PROCEDURES]</u>     WITH     THE <u>ADMIRALTYMARTIME-CLAIM  [JURISDICTION]</u> **IS** WITH OF THE <u>NOUN-LANGUAGE-CONTRACT-CLAIMS [PROCEDURES]</u> WITH THE COURT. FOR THE STATE WITH THE TRUTH **IS** WITH THE <u>LEVEL-PLANE</u> BY THE COURT.

13. FOR THE CLAIM OF THE **<u>CONSTITUTION(C.U.S.A.F.)/CHARTER-VESSEL</u> IS** WITH THE <u>U.S.A.</u>, WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG: ARTICLE: 4: SECTION: 3:</u>** FOR THE FORBIDDANCE OF THE ERECTION OF A STATE WITHIN A STATE WITH A LACK OF THE CONSENT OF THE CONGRESS; OR FOR THE FORBIDDANCE AGAINST THE ERECTION OF A PART OF A STATE WITHIN A STATE, WITH A LACK OF THE CONSENT OF THE CONGRESS.

14. FOR THE CLAIM OF THE **<u>CONSTITUTION(C.U.S.A.F.)/CHARTER-VESSEL: ARTICLE: 6: SECTION: 2:</u> IS** WITH THE U.S.A., WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG</u> IS** WITH THE ORDER OF THE RANKING OF THE LAWS OF THE LAND WITHIN THE AUTHORITY OF THE <u>U-NITY-STATES</u>: 1.)    FOR THE TREATIES, 2.)    FOR THIS CONSTITUTION, 3.)   FOR THE LAWS OF THE U.S.A. **IS** WITH THE BINDINGNESS OF THE LAWS **ARE** WITH THE C.U.S.A.F./<u>CHARTER-VESSEL-LAW</u> BY THE JUDGES.

15. FOR THE CLAIM OF THE **<u>C.U.S.A.A.F. ARTICLE: 3</u> IS** WITH THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. **IS** WITH THE FREEDOM WITH THIS <u>CHARTER-VESSEL</u> BY THE SPEECH AND PRESS FOR THE CLAIM OF THE LIBERTY **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> OF ANY BREACH WITH THIS <u>C.U.S.A.A.F-CHARTER-VESSEL</u> IN THE TRUTH FOR THE CLAIM OF THE GOVERNMENT FOR THE REMEDY OF THE COMPLIANCE BY THIS <u>CHARTER-VESSEL</u>.

16. FOR THE CLAIM OF THE **<u>C.U.S.A.A.F. ARTICLE: 8</u> IS** WITH THE CORRECTION OF THE CONSTITUTION/<u>CHARTER-VESSEL</u> OF THE U.S.A. WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG</u> IS** WITH THE CLAIM OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> FOR A SPEEDY-TRIAL WITH THE PUBLIC WITH A <u>FAIR-JURY</u>, <u>JUST-JURY</u>, AND <u>EQUITABLE-JURY</u> WITH THE TRUTH OF THE U.S.A. OF THE DI-STRICT WITH THE PLACE OF THE COMMISSION OF THE CRIME, FOR THE GIVING OF THE KNOWLEDGE OF THE NATURE OF THE CAUSE OF THE ACCUSATION WITH THE CONFRONTATION WITH THE WITNESSES AGAINST THE <u>P/C/P-VESSEL</u> WITH THE ASSISTANCE OF THE COUNSEL FOR THE PLEA FOR THE PLEADER'S-SAFEGUARD OF THE <u>P/C/P-VESSEL</u>. FOR THE NOTES: FOR THE BREACH OF THE <u>CHARTER-VESSEL-CLAIM</u>(COUNSEL) **IS** WITH THE OBSTRUCTION OF THE <u>JUSTICE</u>(sic) **IS** WITH THE **<u>TITLE: 18: CHAPTER: 63: U.S.A.-CLAIM: SECTION: 1512</u> IS** WITH THE PERJURY OF THE OATH WITH THE **<u>TITLE: 18: CHAPTER: 63: U.S.A.-CLAIM: SECTION: 1621</u> IS** WITH THE CONFISCATION OF THE CLAIMS BY THE **<u>TITLE: 18: U.S.A.-CLAIM: SECTION: 242.</u>**

17. FOR THE CLAIM OF THE **<u>C.U.S.A.A.F. ARTICLE: 10</u> IS** WITH THE CORRECTION OF THE <u>CONSTITUTION/CHARTER-VESSEL</u> OF THE U.S.A. WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG</u> IS** WITH THE FREEDOM OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> AGAINST THE <u>CRUEL-PUNISHMENTS</u> AGAINST THE <u>UN-USUAL-PUNISHMENTS</u>. FOR THE NOTE: FOR THE OFFICER BY THE ELECTION **IS** WITH THE CLAIM OF THE <u>C.U.S.A.F.</u>, FOR THE PEOPLE WITH THE PEOPLE BY THE PEOPLE.

18. FOR THE CLAIM OF THE **<u>C.U.S.A.A.F. ARTICLE: 11</u> IS** WITH THE CORRECTION OF THE <u>CONSTITUTION/CHARTER-VESSEL</u> OF THE U.S.A., WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG</u> IS** WITH THE OFFICERS WITH THE APPOINTMENT, OR OF THE

ELECTION, WITH THE OATH OR WITH THE <u>CHARTER-VESSEL-CLAIM</u>, FOR THE CLAIM OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> IN THE U.S.A. BY THE TRUTH.

19. FOR THE CLAIM OF THE <u>C.U.S.A.A.F. ARTICLE: 12</u> IS WITH THE CORRECTION OF THE <u>CONSTITUTION/CHARTER-VESSEL</u> OF THE U.S.A. IS WITH THE <u>TITLE: 4: U.S.A.-CLAIM:</u> <u>SECTION(S): 1 & 2</u>: <u>AMERICAN-FLAG</u> OF THE <u>C.U.S.A.F.-VESSEL</u>.

**FOR THE <u>FOLLOWING-CLAIMS</u> ARE WITH THE LAWS BY THE CLAIM.**

20. FOR THE CLAIM OF THE ***<u>TITLE: 4: U.S.A.-CLAIM: SECTION: 1</u>***: FLAG: FOR THE STRIPES WITH THE STARS ON THE FLAG OF THE U. S. A. **ARE** WITH THE <u>THIRTEEN-HORIZONTAL-STRIPES</u> WITH THE ALTERNATION OF THE RED AND OF THE WHITE; AND, WITH A UNION OF THE FLAG IS WITH THE <u>FORTY-EIGHT-WHITE-STARS</u> WITH A <u>BLUE-FIELD</u>.

21. FOR THE CLAIM OF THE ***<u>TITLE: 4: U.S.A.-CLAIM: SECTION: 2</u>***: FLAG: FOR THE STRIPES AND FOR THE STARS, ON THE FLAG OF THE U.S. **ARE** WITH THE <u>THIRTEEN-HORIZONTAL-STRIPES</u> WITH THE ALTERNATION OF THE RED; AND, OF THE WHITE; AND, FOR THE UNION OF THE FLAG IS WITH THE <u>FORTY-EIGHT-WHITE-STARS</u> WITH A <u>BLUE-FIELD</u>; WITH THE ADMISSION OF A <u>NEW-STATE</u> WITH THE UNION, FOR THE ADDITION OF THE <u>ONE-STAR</u> ON THE UNION OF THE FLAG.

22. FOR THE CLAIM OF THE ***<u>TITLE: 4: U.S.A.-CLAIM: SECTION: 3</u>*** IS WITH THE USE OF THE FLAG FOR THE <u>ADVERTISING-PURPOSES</u>; FOR THE MUTILATION OF THE FLAG IS WITH ANY PARTY WITHIN THE <u>DI-STRICT</u> OF THE COLUMBIA WITH ANY MANNER, FOR THE SHOWING OR FOR THE PLAY, FOR THE PLACEMENT, OR FOR THE CAUSING OF THE PLACEMENT OF ANY <u>WORD/FIGURE/MARK/PICTURE/PLAN/</u> DRAWING, OR FOR ANY ADVERTISEMENT OF ANY NATURE WITH ANY <u>FLAG/ STANDARD/ COLORS/ ENSIGN</u> OF THE U.S.A.; OR FOR THE SHOWING OR FOR THE CAUSING OF THE SHOWING IS WITH THE <u>PUBLIC-VIEW</u> OF ANY ***<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2</u>***: FLAG OR OF THE <u>STANDARD/COLORS/ENSIGN</u> WITH THE ***<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2</u>***: FLAG, WITH THE <u>PRINTING/PAINTING/OTHERWISE-PLACEMENT/ ATTACHMENT/ APPENDING/ AFFIXING/ ANNEXATION</u> OF ANY <u>WORD/ FIGURE/ MARK/ PICTURE/PLAN/DRAWING/ADVERTISEMENT</u> OF ANY NATURE; OR WITH A <u>P/C/P-VESSEL</u> IN THE <u>ADMIRALTY/MARITIME-CLAIM [JURISDICTION]</u> IS WITHIN THE <u>DI-STRICT</u> OF THE COLUMBIA WITH THE <u>MANUFACTURE/SHOW/OFFER</u> FOR THE SALE, OR FOR THE <u>PUBLIC-VIEW</u>, OR FOR THE <u>GIVING-AWAY</u>, OR FOR THE HAVING WITH THE POSSESSION FOR THE SALE, OR FOR THE GIVING-AWAY, OR FOR THE USE FOR ANY PURPOSE OF ANY ARTICLE OR OF ANY ESSENCE, ARTICLE OF THE MERCHANDISE, OR OF A VESSEL FOR THE MERCHANDISE, OR FOR THE ARTICLE, OR FOR THE THING FOR THE CARRIER OR FOR THE TRANSPORTATION OF THE MERCHANDISE WITH THE MERCHANDISE IS WITH THE PRINTING/PAINTING/ATTACHMENT, OR WITH THE OTHERWISE-PLACEMENT WITH A <u>CHARTER-VESSEL-CLAIM</u> OF ANY <u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2</u>: FLAG/STANDARD/COLORS, OR OF AN ENSIGN, FOR THE ADVERTISEMENT, OR FOR THE CALLING OF THE ATTENTION, FOR THE ORNAMENTATION/MARKING, OR FOR THE GIVING OF THE CLAIM OF THE ARTICLE, OR OF THE ESSENCE WITH THE ORNAMENTATION/MARKING, FOR THE <u>P/C/P</u>-VESSEL **IN THE TRUTH** IS WITH THE GUILT OF A OFFENSE IS WITH THE LIABILITY FOR A PUNISHMENT BY A FINE OF A MAXIMUM OF THE ₿:100: DOLLARS, <u>OR</u> **BY THE PRISON-SENTENCE FOR A MAXIMUM OF THE THIRTY-DAYS;** FOR THE <u>P/C/P</u>-VESSEL **IN THE TRUTH** IS WITH THE LIABILITY FOR A FINE OF A MAXIMUM OF THE ₿: 100: DOLLARS, **FOR THE PRISON-SENTENCE WITH A MAXIMUM OF THE THIRTY-DAYS** WITH THE POWER OF THE COURT. FOR THE WORDS: FLAG/STANDARD/ COLORS, OR ENSIGN, AS WITH THE USE IN THIS <u>CHARTER-VESSEL</u>, **ARE** WITHIN THE SCOPE OF ANY FLAG/STANDARD/COLORS/ENSIGN, OR OF ANY PICTURE

OR OF A <u>CHARTER-VESSEL-CLAIM</u> OF A FLAG/STANDARD/COLORS/ENSIGN, OR OF ANY PART OR PARTS OF A FLAG/ STANDARD/COLORS/ENSIGN WITH THE MAKING OF ANY ESSENCE OR OF ANY <u>CHARTER-VESSEL-CLAIM</u> ON ANY ESSENCE OF ANY SIZE WITH THE EVIDENCE OF THE PURPORTING OF THE FLAG/STANDARD/COLORS OR OF THE ENSIGN OF THE U.S.A., OR OF A PICTURE/<u>CHARTER-VESSEL-CLAIM</u> OF THE FLAG/STANDARD/COLORS, OR OF THE ENSIGN OF THE U.S.A., WITH THE SHOWING BY THE COLORS BY THE STARS AND STRIPES WITH ANY NUMBER OF THE COLORS BY THE STARS AND STRIPES OR OF ANY PART OR PARTS OF THE COLORS OF THE STARS AND OF THE STRIPES BY THE AVERAGE-PARTY, WITH THE CONSIDERATION/THINKING DURING THE TIME OF THE SEEING OF THE COLORS WITH THE STARS AND STRIPES; FOR THE <u>P/C/P-VESSEL</u> IN THE TRUTH IS WITH THE CONVICTION OF THE COLORS BY THE STARS AND STRIPES; FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE FLAG/COLORS/STANDARD/ENSIGN BY THE U.S.A..

23. FOR THE CLAIM OF THE ***<u>TITLE: 42: U.S.A.-CLAIM: SECTION: 1986</u>*** IS WITH THE KNOWLEDGE OF THE LAW FOR THE STOPPAGE AND FOR THE CORRECTION OF A WRONG. FOR THE HAVING OF THE KNOWLEDGE OF THE WRONG IS WITH THE CONSPIRACY BY THE DOING AND MENTION, BY THE BREACHES OF THE <u>CHARTER-VESSEL</u> IS WITH THE IMMINENT-COMMISSION WITH THE POWER OF THE FORBIDDANCE BY THE HELP WITH THE FORBIDDANCE OF THE COMMISSION OF THE WRONG BY A <u>P/C/P-VESSEL</u>; OR, FOR THE BREACHES OF THE <u>CHARTER-VESSEL</u> **ARE** WITH THE COMMISSION OF A <u>WRONGFUL-ACT</u>; FOR THE <u>OFFENDING-P/C/P-VESSEL</u> , OR FOR THE <u>LEGAL-COUNSEL</u> OF THE <u>OFFENDING-P/C/P-VESSEL</u> **IS** WITH THE LIABILITY FOR THE DAMAGES WITH THE <u>WRONGFUL-ACT</u>. FOR A CITIZEN IN THE PARTY IS WITH THE REASON OF THE DILIGENCE WITH THE HAVING OF THE POWER OF THE FORBIDDANCE OF THE CLAIM, FOR THE CITIZEN IN THE PARTY **IS** WITH THE GUILT OF THE <u>WRONGFUL-BREACH</u> OF THE DUTY FOR STOPPAGE OF THE <u>WRONGFUL-ACT</u>; AND, FOR THIS CITIZEN IN THE PARTY **IS** WITH THE LIABILITY WITH THE ACCEPTANCE OF THE BENEFITS(taxes, fees, service) AS THE <u>PARTIES-VESSELS</u> IN THE ACTION.

24. FOR THE CLAIM OF THE **<u>TITLE: 42: U.S.A.-CLAIM: SECTION: 1990</u>** IS/ARE WITH THE DUTY OF THE FUNCTION AS A VESSEL WITH THE WARRANT OR OTHER-PROCESS WITH THE TENDERING OF THE ISSUANCE WITH THE CLAIMS BY THE ACCEPTANCE OF THIS TREATY FOR THE USING OF THE CORRECT-MEANS(noun) FOR THE COMPLETION OF THE SAME, **IS/ARE** WITH THE LIABILITY OF A FINE WITH THE SUM OF THE ₿ 1,000.00 FOR THE BENEFIT OF THE PARTY OF THE AGGRIEVEMENT BY THE WITHHOLDING OF THE ACCEPTANCE OR WRONG BY THE <u>U. S.</u>-MARSHAL(S) OR BY THE <u>U.S.</u>-DEPUTY-MARSHAL(S).

25. FOR THE CLAIM OF THE **<u>TITLE: 18: U.S.A.-CLAIM: SECTION: 1001</u>** IS WITH ANY MATTER WITHIN THE ADMIRALTY-CLAIM [JURISDICTION] OF ANY DEPARTMENT(sic) OR OF ANY AGENCY OF THE U.S.A., WITH THE KNOWLEDGE WITH THE WILLFUL-PURPOSE WITH THE FALSIFICATION/WITHHOLDING/COVERING-UP OF ANY TRICK/SCHEME/CONTRIVANCE FOR THE MATERIAL-FACT WITH THE MAKING FOR ANY <u>MATERIAL-FALSE-STATEMENT/MATERIAL-FICTITIOUS-STATEMENT/MATERIAL-FRAUDULENT-STATEMENT/FALSE-MATERIAL-CHARTER-VESSEL-CLAIM</u> OF A STATEMENT, OR WITH THE MAKING OR WITH THE USING OF ANY FALSE-WRITING/DOCUMENT WITH THE KNOWLEDGE OF THE FALSE-WRITING/DOCUMENT WITH ANY <u>MATERIAL-FALSE-STATEMENT/MATERIAL-FICTITIOUS-STATEMENT/MATERIAL-FRAUDULENT-STATEMENT/MATERIAL-FRAUDULENT-ENTRY</u> WITH THE CASE-FILE WITH THE LIABILITY FOR A FINE OF THE ₿10,000.00 WITH THE **<u>TITLE: 18</u>**, <u>OR</u> FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS.

26. FOR THE CLAIM OF THE ***TITLE: 18: CHAPTER: 47*(FOR THE FRAUD OF THE FALSE-STATEMENTS): *U.S.A.-CLAIM: SECTION: 1002*** IS WITH THE POSSESSION OF THE FALSE-PAPERS FOR THE PRACTICE OF THE FRAUD. FOR A P/C/P-VESSEL WITH THE TRUTH IS WITH THE KNOWLEDGE WITH THE WILLFUL-PURPOSE FOR THE PRACTICE OF THE FRAUD AGAINST THE U.S./AGENCY OF THE U.S., FOR THE POSSESSION OF ANY FALSE-WRITING, FOR THE ALTERATION/FORGERY/COUNTERFEIT OF ANY WRITING/DOCUMENT, FOR THE PURPOSE OF THE ENABLEMENT OF SOME-OTHER P/C/P-VESSEL FOR THE ATTAINMENT WITH THE U.S./AGENCY/OFFICER/AGENT OF THE U.S., FOR ANY SUM OF THE MONEY; WITH THE LIABILITY FOR A FINE OF THE $10,000.00 WITH THE *TITLE: 18*, OR FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS. [CROSS-RE-FERANCE WITH THE CORRECTION IS OF THE PUBLIC-LAW: 103-322: SECTION: 330016(1)(L), SEPTEMBER: 13: 1994; 108: STATUTE: 2147.]

27. FOR THE CLAIM OF THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 1341*** IS WITH THE FRAUDS WITH THE SWINDLE OF A PARTY WITH THE PLAN OF ANY SCHEME/ARTIFICE, FOR THE PRACTICE OF THE FRAUD, OR FOR THE ATTAINMENT OF THE MONEY OR OF THE THING WITH THE MEANS OF THE FALSE-CHARTER-VESSEL-CLAIM/CONTRACT-CLAIMS/CLAIMS, OR FOR THE SALE OR FOR THE CONTROL OF A LOAN, FOR THE BARTER/ SWAP/ ALTERATION/ GIVING-AWAY/ TRANSFER/ SUPPLY/ FURNISH/ OBTAINMENT FOR AN FELONIOUS-USE OF ANY COUNTERFEIT-COIN/ SPURIOUS-COIN/OBLIGATION, OR WITH ANY OTHER-ARTICLE/THING WITH THE PUBLICATION OR AS THE COMMUNICATION, OR FOR THE HOLDING-OUT OF SUCH COUNTERFEIT-ARTICLE/SPURIOUS-ARTICLE, FOR THE PURPOSE OF THE COMPLETION OF SUCH SCHEME/ARTIFICE, OR FOR THE ATTEMPT WITH THE COMPLETION OF THE SCHEME/ARTIFICE WITH THE PLACEMENT IN ANY POST-OFFICE OR IN ANY PLACE FOR THE SAFEKEEPING OF THE AUTHORIZATION FOR THE MAIL(POST)-MATTER, FOR ANY MATTER/THING WITH THE SEND/TRANSFER WITH THE U. S. POST-OFFICE, OR WITH THE SAFEKEEPING, OR WITH THE CAUSE FOR THE SAFEKEEPING OF ANY MATTER/THING WITH THE SEND/TRANSFER WITH ANY PRIVATE-CARRIER/COMMERCIAL-CARRIER, OR WITH THE TAKING/CLAIM WITH ANY PRIVATE-CARRIER/COMMERCIAL-CARRIER OF ANY SUCH-MATTER/THING, OR WITH THE KNOWLEDGE OF A PARTY WITH THE CAUSE FOR THE TRANSFER, OR FOR THE CAUSE OF THE TRANSFER OF THE MAIL(POST), OR WITH THE CARRIER WITH THE ACCORDANCE WITH THE ADDRESS ON THE MATTER, OR FOR THE PLACEMENT THE COMMAND FOR THE TRANSFER WITH THE PARTY AS THE ADDRESSEE OF ANY SUCH-MATTER/THING; FOR THE OFFENDING-P/C/P-VESSEL IN THE TRUTH IS WITH THE LIABILITY FOR A FINE WITH THE *TITLE: 18*, FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE FIVE-YEARS. WITH THE BREACH OF THE LAW IS WITH A PARTY WITH A FINANCIAL-ORGANIZATION, FOR THE FINANCIAL-ORGANIZATION IS WITH THE LIABILITY FOR A MAXIMUM OF THE $: 1,000.00-DOLLARS.

28. FOR THE CLAIM OF THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 1342*** IS FOR THE FICTION-NAME/FICTION-ADDRESS OF A PARTY, FOR THE PURPOSE OF THE CLAIM, OR FOR THE CARRYING-ON WITH THE MEANS OF THE U. S. POST-OFFICE OF ANY SCHEME/CONTRIVANCE WITHIN THE MEANING OF THE **TITLE: 18: U.S.A.-CLAIM: *SECTION: 1341*** OR WITH ANY OTHER-FELONIOUS-BUSINESS WITH THE USE OR WITH THE FEIGNING OF THE ADDRESS WITH ANY FICTION-TITLE/FICTION-NAME/ FALSE-ADDRESS/FALSE-TITLE/FALSE-NAME/FALSE-ADDRESS, OR WITH ANY FICTION-TITLE/FICTION-NAME/FICTION-ADDRESS/ LACK OF THE NAME, OR WITH THE TAKING OR WITH THE ACQUIREMENT BY ANY POST-OFFICE OR BY ANY PLACE FOR THE SAFEKEEPING OF THE MAIL(POST)-MATTER OF ANY LETTER OF ANY POSTAL-CARD OF ANY PACKAGE/MAIL(POST)-MATTER WITH AN ADDRESS OF ANY SUCH FICTION-TITLE/FICTION-NAME/FICTION-ADDRESS/FALSE-TITLE/FALSE-NAME/FALSE-ADDRESS/ LACK OF THE NAME; FOR THE P/C/P-VESSEL IN THE TRUTH IS WITH THE LIABILITY FOR

A FINE WITH THE ***TITLE: 18*** OF THE $1,000.00-DOLLARS, <u>OR</u> FOR THE <u>PRISON-SENTENCE</u> FOR A MAXIMUM OF THE FIVE-YEARS.

29. FOR THE CLAIM OF THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 242(1)*** IS WITH THE <u>CON-FISCATION OF THE RIGHTS WITH THE COLOR OF THE LAW</u>. FOR THE ACTS OF A <u>P/C/P-VESSEL</u> **ARE** WITH THE COLOR OF THE LAW OF A STATUTE/ORDINANCE/ REGULATION/CUSTOM WITH THE <u>VOLITION</u> OF THE <u>P/C/P-VESSEL</u> WITH A <u>STATE/TERRITORY/DI-STRICT</u> OF THE U.S.A. OF THE CON-FISCATION OF THE <u>CLAIMS/PRIVILEGES/FREEDOMS</u>, WITH THE SAFEGUARD OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> OR WITH THE <u>TWO-DIFFERENT-PUNISHMENTS/ TWO-DIFFERENT-PAINS/TWO-DIFFERENT-PENALTIES</u>, WITH THE <u>SAME-CHARTER-VESSEL-CLAIM</u> FOR THE PUNISHMENT OF THE CITIZENS WITH THE PARTIES ON THE ACCOUNT OF A <u>P/C/P-VESSEL</u> AS AN ALIEN, OR WITH THE REASON OF THE <u>COLOR/RACE</u> OF THE <u>P/C/P-VESSEL</u>; FOR THE OFFENDING-<u>P/C/P-</u>**VESSEL IN THE TRUTH IS** WITH THE LIABILITY FOR A FINE OF THE $: 10,000: DOLLARS WITH THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 242(1)*** <u>OR</u> OF A MAXIMUM-PRISON-SENTENCE OF THE TEN-YEARS, OR, FOR A FINE OF THE $: 10,000: DOLLARS WITH THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 242(1)***, FOR A MAXIMUM-PRISON-SENTENCE OF THE TEN-YEARS.

30. FOR THE CLAIM OF THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 1512*** IS WITH THE <u>TAMPERING WITH A WITNESS/VICTIM</u> (b) FOR A PARTY WITH THE KNOWLEDGE OF THE LAW WITH THE USE OF THE COERCION/CLAIM/THREAT/PHYSICAL-FORCE/PERSUASION OF A PARTY OR WITH THE ATTEMPT OF THE PERSUASION OF A PARTY OR WITH THE ENGAGING WITH THE <u>FRAUDULENT-CONDUCT</u> WITH A PARTY; AND, WITH THE VOLITION **IS**:
(1) FOR THE CORRUPT-EMANATION OF A FIDUCIARY'S-SPIRITUAL-FORCE OR MORAL-FORCE, FOR THE OBSTRUCTION OR FORBIDDANCE OF THE TESTIMONY OF ANY PARTY WITH AN <u>OFFICIAL-HARD-COPY-CLAIM</u>,
(2) FOR THE CAUSING OR FOR THE PERSUASION OF ANY PARTY:
(A) FOR THE WITHHOLDING OF THE TESTIMONY, OR FOR THE WITHHOLDING OF A DOCUMENT/OBJECT OF AN <u>OFFICIAL-HARD-COPY-CLAIM</u>,
(D) FOR THE STOPPAGE OF THE ATTENDANCE OF A PARTY, WITH THE OBLIGATION OF THE LEGAL-PROCESS WITH A SUMMONS WITH AN OFFICIAL-HARD-COPY-CLAIM, OR
(3) FOR THE HINDRANCE/OBSTRUCTION/FORBIDDANCE OF THE CLAIMS WITH A PARTY, WITH A <u>LAW-FORCE-OFFICER</u>, OR WITH JUDGE OF THE U.S.A., WITH THE KNOWLEDGE OF THE COMMISSION OR FOR THE <u>POSSIBLE-COMMISSION</u> OF A <u>FEDERAL-OFFENSE</u>; FOR THE PARTY OF THE OFFENSE IS WITH THE LIABILITY FOR A FINE WITH THE ***TITLE: 18***, <u>OR</u> FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE TEN-YEARS; OR, FOR THE OFFENDING-<u>P/C/P-</u>VESSEL **IN THE TRUTH IS** WITH THE LIABILITY FOR A FINE OF THE $250,000.00-DOLLARS, <u>OR</u>, BOTH.

31. FOR THE CLAIM OF THE ***TITLE: 18: U.S.A.-CLAIM: SECTION: 1621*** IS WITH THE GUILT OF THE PERJURY WITH AN <u>OFFICIAL-HARD-COPY-CLAIM</u> OF A <u>P/C/P-VESSEL</u> WITH THE MAKING OF A FALSE-STATEMENT WITH THE OATH OR WITH THE EQUIVALENT-<u>CHARTER-VESSEL-CLAIM</u> OR WITH THE SWEARING/<u>CHARTER-VESSEL-CLAIM</u> OF THE TRUTH OF A PRIOR-STATEMENT, [WITH THE REFERENCE OF THE OATH OR OF THE <u>CHARTER-VESSEL-CLAIM</u>], WITH THE STATEMENT **IS** WITH THE MATERIALITY, WITH THE <u>P/C/P-VESSEL</u> **IN THE TRUTH IS** WITH A PRISON-SENTENCE OF THE MAXIMUM OF THE FIVE-YEARS, OR WITH THE FINE OF THE $2,000.00-DOLLARS, <u>OR</u>, BOTH.

32. FOR THE CLAIM OF THE ***TITLE: 28: U.S.A.-CLAIM: SECTION: 452:*** IS WITH THE OPEN OF THE COURTFOR THE ISSUANCE OF THE FILING WITH THE PAPER(S) AND ORDER(S) BY THE COURT.

33. FOR THE CLAIM OF THE *TITLE: 28: U.S.A.-CLAIM: SECTION: 1605:* IS WITH THE GENERAL-CLAIM OF THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE FOREIGN-SOVEREIGN-FREEDOMS-ACT: (a) FOR THE LIABILITY OF THE FICTION-STATE IS WITH THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE COURTS OF THE U.S.A. OR OF THE STATES OF THE U.S.A. WITH ANY CASE:

(2) WITH THE CLAIM IS DURING THE CLAIM OF ANY COMMERCIAL-ACTIVITY WITH THE U.S.A., WITH THE FOREIGN-SOVEREIGN-FREEDOMS-ACT BY THE FICTION-POWERS BY THE FICTION-STATES, WITH THE LAW OF THE FLAG OF THE FICTION-FLAG. FOR THE COST OF THE DAMAGE IS WITH THE $21.00-DOLLARS OR MORE-COMPENSATION/ THING WITH THE SERVICE-FEE, FOR THE SUIT WITH THE LAW WITH THE STATEMENT FOR AN ACT OF THE COMMERCE, WITH THE ENRICHMENT OF THE STATE AND OF THE FEDERAL-GOVERNMENT WITH THE CHARTER-VESSEL, WITHIN THE STATE OF THE U.S.A. WITH THE C.U.S.A.F. CHARTER-VESSEL: ARTICLE: NINE(9), FOR THE TRIAL WITH THE TRUTH, WITH THE F.C.C.P.-CLAIM: 38(e), OR FOR ANY BREACH OF THE TREATY WITH THE FICTION-STATE IN THE CLAIM WITH THE C.U.S.A.F. CHARTER-VESSEL WITH THE CORPORATION OF THE C.U.S.A.F. CHARTER-VESSEL, AGAINST THE CLAIMS OF THE SOVEREIGN-CITIZEN. FOR THE CAUSE OF THE CHARTER-VESSEL-LITIGATION IS WITH THE BREACH WITH THE COURT.

(3) WITH THE BREACH OF THE LAW IS AGAINST THE C.U.S.A.F.-CHARTER-VESSEL WITH THE CONFISCATION OF THE CLAIMS WITH THE THING IN THE ISSUE, WITH THE THING OR WITH THE BARTER/SWAP OF THE THING IS, NOW, IN THE U.S.A. WITH THE CONNECTION WITH AN ACTIVITY WITH THE COMMERCE WITH THE U.S.A. WITH THE FICTION-CLAIM [JURISDICTION]; OR WITH A CONTROVERSY WITH A CASE IS WITH THE OWNERSHIP OF THE THING OR OF THE RIGHT OF THE THING WITH AN AGENCY OR WITH AN ORGANIZATION OF THE FICTION-CLAIM [JURISDICTION], WITH THE AGENCY OR ORGANIZATION IS WITH THE ENGAGEMENT WITH AN ACTIVITY OF THE COMMERCE WITH THE U.S.A.; FOR THE ACTIVITY FOR THE FEE IS WITH THE SERVICE WITH THE COMMERCE WITH THE AMOUNT OF THE MONEY IS WITH THE MINIMUM: $ 21.00-DOLLARS OF THE U.S.-CURRENCY.

(5) WITH THE SUIT FOR THE MONEY-DAMAGES IS AGAINST A FICTION-CLAIM [JURISDICTION], FOR THE PARTY-DAMAGE/DEATH OR FOR THE P/C/P-VESSEL'S-DAMAGE/LOSS OF A THING, WITH THE OCCURRENCE OF THE LOSS WITHIN THE U.S.A.; FOR THE DAMAGES OF THE LIBEL(S) ARE WITH THE REALITY WITH THE CLAIM OF THE TORT OR WITH THE OMISSION OF THE FICTION-CLAIM [JURISDICTION] OR WITH AN OFFICER OR WITH A P/C/P-VESSEL OF THE FICTION-CLAIM [JURISDICTION], WITH THE ACTS ARE WITHIN THE OFFICIAL-SCOPE OF THE PARTY'S-OFFICE OR OF THE EMPLOYMENT; FOR THE APPLICATION OF THE PARAGRAPH-FIVE IS:

(A) FOR ANY CLAIM BY A CHARTER-VESSEL WITH A FOUNDATION OF THE USE/CLAIM/FAILURE OF THE USE/CLAIM OF THE PERVERSITY OF THE WILL OF THE POWERS, OR
(B) FOR ANY CLAIM BY A CHARTER-VESSEL WITH A FOUNDATION WITH THE MALICE WITH THE OBSTRUCTION OF THE WILL OF THE CLAIM/LIBEL/SLANDER/DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY/LARCENY OR WITH THE OBSTRUCTION WITH THE CLAIMS OF THE C.U.S.A.F.-CHARTER-VESSEL.

:R.J.D-

(6) WITH THE BRINGING OF THE CLAIM IS WITH THE FORCE OF AN CHARTER-VESSEL-CLAIM OF THE FICTION-STATES, WITH THE BENEFIT OF A PRIVATE-PARTY OR FOR THE BENEFIT OF A PRIVATE-PARTY WITH THE ARBITRATION. FOR THE OATH OF THE JUDGE IS WITH THE ALLEGIANCE OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE U.S.A.. * * * (B) FOR THE CHARTER-VESSEL-CLAIM, OR FOR THE AWARD IS WITH THE GOVERNANCE WITH A TREATY OR WITH THE CHARTER-VESSEL-CLAIM [WITH THE LAW OF THE FLAG] WITH THE FORCE FOR THE U.S.A. WITH THE CALL FOR THE CLAIM WITH THE ENFORCEMENT IS WITH THE AWARDS BY THE ARBITRATION.

34. FOR THE CLAIM OF THE *TITLE: 28: U.S.A.-CLAIM: SECTION: 1361* IS WITH THE CLAIM FOR THE COMPEL OF AN OFFICER OF THE U.S.A. FOR THE CLAIM OF THE OFFICER'S-DUTIES. FOR THE DI-STRICT-COURT OF THE U.S.A. IS WITH THE ORIGINAL-CLAIM [JURISDICTION] OF ANY CLAIM WITH THE NATURE OF AN OBLIGATION, FOR THE COMPEL OF AN OFFICER/EMPLOYEE OF THE U.S.A. OR OF ANY AGENCY OF THE U.S.A., FOR THE CLAIM OF A DUTY BY THE COURT.

35. FOR THE CLAIM OF THE *TITLE: 28: U.S.A.-CLAIM: SECTION: 1691* IS WITH THE ALL OF THE WRITS/PROCESS/ORDERS WITH THE ISSUE, WITH THE PLACEMENT OF THE SEAL AND AUTOGRAPH OF THE U-NITY-STATES OF THE AMERICA BY THE CLERK.

36. FOR THE CLAIM OF THE *TITLE: 28: U. S. A.-CLAIMS : SECTION: 1333* IS WITH THE ADMIRALTY/MARITIME-CASES WITH THE DI-STRICT-COURTS OF THE U. S. A. IS WITH THE ORIGINAL-CLAIM [JURISDICTION], WITH THE SAVE OF THE COURTS WITH THE STATES, (1)  WITH ANY CASE WITHIN THE ADMIRALTY-CLAIM [JURISDICTION] OR WITHIN THE MARITIME-CLAIM [JURISDICTION].

37. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : SECTION: 190* IS WITH THE STIPULATIONS FOR THE REMEDY OF THE LIABILITY BY A WRONG. FOR ANY MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL WITH THE TRANSPORTATION OF ANY MERCHANDISE OR THING AMONG THE PORTS OF THE U-NITY-STATES AND FOREIGN-PORTS IS WITH THE BREACH OF THE CHARTER BY THE PLACEMENT IN ANY BILL OF THE LADING OR IN ANY SHIPMENT-DOCUMENT WITH ANY CLAUSE, COVENANT, OR CHARTER FOR THE LIMITATION OF THE LIABILITY FOR THE LOSS OR FOR THE DAMAGE BY THE CULPABILITY, BY THE FAULT, OR BY THE FAILURE IN THE LOADING, STOWAGE, CUSTODY, CARE, OR DELIVERY OF ANY MERCHANDISE OR THING WITHIN THE AUTHORITY OF THE MANAGER, AGENT, MASTER, OR OWNER. FOR ANY WORDS OR CLAUSES FOR THE LIMITATION OF THE LIABILITY ARE WITHIN THE BILLS OF THE LADING OR SHIPMENT-HARD-COPY-ACKNOWLEDGMENTS WITH THE VOIDANCE OF THE EFFECT OF THE ACKNOWLEDGMENT.

38. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : SECTION: 191* IS WITH THE STIPULATIONS FOR THE USE OF THE DILIGENCE, FOR THE EQUIPPING OF THE VESSELS. FOR THE CHARTER FOR THE MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL FOR THE TRANSPORTATION OF ANY THING AMONG THE PORTS OF THE U-NITY-STATES AND FOREIGN-PORTS IS WITH THE BREACH OF THE CHARTER BY THE PLACEMENT WITHIN ANY BILL OF THE LADING OR SHIPMENT-DOCUMENT OF ANY COVENANT OR CHARTER FOR THE LIMITATION OF THE LIABILITY OF THE OBLIGATIONS OF THE MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL: FOR THE LACK OF THE DILIGENCE, FOR THE PROPER-EQUIPMENT, PERSONNEL, FURNISHMENT, OF THE VESSEL, FOR THE CLAIM OF THE CHARTER, OR FOR THE LIMITATION OF THE LIABILITY FOR THE

CLAIM OF THE OBLIGATIONS OF THE MASTER, OFFICERS, AGENTS, OR SERVANTS IN THE HANDLING, STOWAGE, CARE, AND TRANSPORT OF THE CARGO.

39. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : SECTION: 193* IS WITH THE ISSUANCE OF THE BILLS OF THE LADING; CONTENTS, FOR THE DUTY OF THE OWNER(S), MASTERS, OR AGENTS OF ANY VESSEL FOR THE TRANSPORTATION OF THE MERCHANDISE OR THING AMONG THE PORTS OF THE U-NITY-STATES AND FOREIGN-PORTS ARE WITH THE ORDER FOR THE ISSUANCE FOR THE SHIPPERS OF A BILL OF THE LADING OR SHIPMENT-DOCUMENT, FOR THE STATEMENT OF THE MARKS FOR THE IDENTIFICATION OR QUANTITY OF THE THING FOR THE COURT BY THE OWNER OF THE THING FOR THE TRANSPORTATION, FOR THE BILL OF THE LADING IS WITH THE PRIMA-FACIE-EVIDENCE OF THE ACQUIREMENT OF THE THING BY THE CARRIER.

40. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : SECTION: 194* IS WITH THE PENALTIES; LIENS; REMEDY. FOR A BREACH OF THE CHARTER: SECTIONS 190, 191, 193 WITHIN THIS APPENDIX BY THE AGENT, OWNER, OR MASTER OF THE VESSEL IS WITH THE LIABILITY FOR SUCH BREACH, FOR THE AVOIDANCE BY THE AGENT, OWNER, OR MASTER FOR THE ISSUANCE OF A BILL OF THE LADING IS WITH THE LIABILITY FOR THE DAMAGES OF THE MINIMUM OF THE $2,000. FOR THE AMOUNT OF THE FINE AND COSTS IS WITH THE BREACH IS WITH A LIEN AGAINST THE VESSEL, AGAINST THE VESSEL'S-AGENT, VESSEL'S-OWNER, OR VESSEL'S-MASTER IN THE BREACH OF THIS CHARTER. FOR THE VESSEL'S-AGENT, VESSEL'S-OWNER, OR VESSEL'S-MASTER IN THE BREACH OF THIS CHARTER IS WITH THE AUTHORIZATION FOR A LIBEL WITHIN THE NEAREST-DI-STRICT-COURT OF THE U-NITY-STATES, WITHIN THE ADJACENT-BOUNDS OF THE VESSEL.

41. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : SECTION: 740* IS WITH THE ENLARGEMENT OF THE REACH OF THE ADMIRALTY-CLAIM [JURISDICTION] AND MARITIME-CLAIM [JURISDICTION]; FOR THE LIBEL IN THE REM OR FOR THE LIBEL IN THE PERSONAM; FOR THE SOLE-REMEDY. FOR THE ADMIRALTY-CLAIM [JURISDICTION] AND MARITIME-CLAIM [JURISDICTION] OF THE U-NITY-STATES ARE WITH THE ADDITION OF THE REACH WITHIN ALL CASES OF THE DAMAGE OF THE CLAIMANT OR OF THE THING BY A VESSEL IN THE WATER, OR IS WITH THE DAMAGE OF THE LAND.

42. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : CHAPTER: 22:SECTION: 781* IS WITH THE LIBEL IN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] AGAINST THE UNITED STATES(sic). FOR A LIBEL IN THE PERSONAM IN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] IS WITH THE AUTHORIZATION AGAINST THE UNITED STATES(sic), OR FOR A PETITION WITH THE SUIT AGAINST THE UNITED STATES(sic), FOR THE DAMAGES BY A PUBLIC-VESSEL OF THE UNITED STATES(sic), FOR THE COMPENSATION FOR THE TOWAGE, FOR THE SALVAGE-SERVICES, FOR THE CONTRACT-SALVAGE, FOR A PUBLIC-VESSEL OF THE UNITED STATES(sic).

43. FOR THE CLAIM OF THE *TITLE: 46: U. S. A.-CLAIMS : CHAPTER: 22:SECTION: 782* IS WITH THE VENUE OF THE SUIT; FOR THE APPLICATION OF THE CLAIMS OF THIS CASE. FOR AN ADMIRALTY-CLAIM [JURISDICTION]-SUIT OR FOR A MARITIME-CLAIM [JURISDICTION]-SUIT IS WITH THE AUTHORIZATION WITHIN THE DI-STRICT-COURT OF THE U-NITY-STATES OF THE DI-STRICT WITH THE CHARGE OF THE ACCUSATION FOR THE CREATION OF THE LIABILITY IS WITH THE VESSEL OR WITH THE CARGO WITHIN THE U-NITY-STATES, OR WITH THE VESSEL WITH THE CARGO IS WITH THE BEYOND OF

THE TERRITORY-WATERS OF THE U-NITY-STATES, WITH THE DI-STRICT-COURT OF THE U-NITY-STATES FOR THE DI-STRICT WITH THE LIBEL(S) ARE WITH THE SUIT, OR WITH THE HOME OR WITH THE OFFICE FOR THE TRANSACTION OF THE BUSINESS IN THE U-NITY-STATES; OR FOR THE CASE OF THE LACK OF THE HOME OR OFFICE WITHIN THE U-NITY-STATES, FOR A VESSEL OR CARGO IS OUTSIDE THE TERRITORY-WATERS OF THE U-NITY-STATES, WITH ANY DI-STRICT-COURT OF THE U-NITY-STATES. FOR SUCH SUITS WITH THE TRUTH ARE WITH THE CLAIM OF THE CHAPTER: 20 OF THIS APPENDIX.

44. FOR THE CLAIM OF THE *TITLE: 49: U. S. A.-CLAIMS : CHAPTER: 147: SECTION: 14706* IS WITH THE LIABILITY FOR THE HARD-COPY-ACKNOWLEDGMENTS WITH THE BILLS OF THE LADING BY THE CARRIERS.

   (a) FOR THE GENERAL-LIABILITY.

   (1) FOR THE CARRIERS AND FREIGHT-FORWARDERS. FOR A CARRIER WITH THE TRUTH IS WITH THE FURNISHMENT OF THE TRANSPORTATION OR WITH THE FURNISHMENT OF A SERVICE WITHIN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE *TITLE: 49: U. S. A.-CLAIMS: CHAPTER: 135: QUANTUM-CHAPTER: I OR III* FOR THE OBLIGATION OF THE CARRIER IS WITH THE ISSUANCE OF A HARD-COPY-ACKNOWLEDGMENT, OR WITH A BILL OF THE LADING FOR THE ITEM IN THE CARE WITH THE CARRIERS, WITH THE CARE BY THE FREIGHT-FORWARDERS. FOR THE CARRIER OF ANY OTHER-CARRIER IS WITHIN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE *QUANTUM-CHAPTER I OR III* OF THE *CHAPTER: 135 OR CHAPTER: 105* OF THE *TITLE: 49: U. S. A.-CLAIMS* IS WITH THE LIABILITY BY THE CLAIMANT WITH THE CLAIM FOR THE REMEDY WITHIN THE HARD-COPY-ACKNOWLEDGMENT OR WITHIN THE BILL OF THE LADING. FOR THE CLAIM OF THE LIABILITY WITHIN THIS PARAGRAPH IS WITH THE LOSS OR FOR THE DAMAGE OF THE ITEM (A) BY THE [RECEIVING] FIDUCIARY-CARRIER FOR THE FUNCTION AS A VESSEL WITH THE ITEM, (B) BY THE TRANSFER WITH THE TERMINATING-CARRIER, OR (C) BY ANOTHER CARRIER WITH THE LINE OR WITH THE ROUTE FOR THE TRANSPORTATION OF THE ITEM WITHIN THE U-NITY-STATES OR WITHIN AN ADJACENT-FOREIGN-COUNTRY WITH THE ITEM IS WITH THE TRANSPORTATION BY A THROUGH-BILL OF THE LADING AND, WITH THE SAVE OF THE CASE WITH A FREIGHT-FORWARDER IS WITH THE APPLICATION WITH THE ITEM: AVERTING, BY A TARIFF WITHIN THE SECTION: 13702. FOR THE LACK OF THE ISSUANCE OF A HARD-COPY-ACKNOWLEDGMENT OR OF A BILL OF THE LADING IS WITH A LACK OF THE EFFECT AGAINST THE LIABILITY OF A CARRIER. FOR A [DELIVERING] TERMINATION-CARRIER WITH THE TRUTH IS WITHIN THE CLAIM AS THE CARRIER IN THE CLAIM OF THE LINE-HAUL-TRANSPORTATION WITH THE DESTINATION, BUT, IS WITH THE LACK OF THE CLAIM AS A CARRIER WITH THE FURNISHING OF A SWITCHING-SERVICE AT THE DESTINATION.

   (d) FOR THE ADMIRALTY-CLAIMS.

   (1) AGAINST THE [DELIVERING] TERMINATION-CARRIER FOR AN ADMIRALTY/MARITIME-CLAIM WITHIN THIS SECTION IS AGAINST A [DELIVERING] TERMINATION-CARRIER IN A DI-STRICT-COURT OF THE U-NITY-STATES OF THE AMERICA FOR THE TRIAL OF THIS CLAIM IS WITHIN A DI-STRICT-COURT OF THE U-NITY-STATES OF THE AMERICA.
   (2) FOR THE CLAIM AGAINST A CARRIER IS WITH THE OBLIGATION BY THE LOSS. FOR AN ADMIRALTY/MARITIME-CLAIM WITHIN THIS SECTION IS AGAINST THE CARRIER

WITH THE ACCUSATION OF THE CAUSE FOR THE LOSS OR FOR THE DAMAGE, IS WITHIN THE JUDICIAL-DI-STRICT WITH THE OCCURRENCE OF THE ACCUSATION OF THE LOSS OF THE THING BY THE CARRIER.

(3) FOR THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE COURTS. FOR THIS ADMIRALTY/MARITIME-CLAIM WITHIN THIS SECTION IS WITHIN THE <u>DI-STRICT-COURT</u> OF THE <u>U-NITY-STATES</u> OF THE AMERICA.

**FOR THE CLAIMS OF THE CLAIMS ARE WITH THE <u>FEDERAL-CLAIMS[RULES]</u> OF THE CIVIL-CONTRACT-CLAIM [PROCEDURE].**

45. FOR THE CLAIM OF THE *<u>F.C.C.P.-CLAIM: 2</u>* IS WITH THE FORM OF THE CLAIM WITH THIS <u>C.U.S.A.F.-CHARTER-VESSEL.</u>

46. FOR THE CLAIM OF THE *<u>F.C.C.P.-CLAIM: 3</u>*: IS WITH THE U-NITY IN THE TRUTH WITH FILING OF THIS CLAIM BY THIS <u>C.U.S.A.F.</u>-CHARTER-VESSEL.

47. FOR THE CLAIM OF THE *<u>F.C.C.P.-CLAIM: 4: (a)</u>* FOR THE SUMMONS IS WITH THE REGISTRY OF THE U. S. POST-OFFICE WITH THE AUTOGRAPH OF THE CLAIMANT, WITH A <u>ONE-DOLLAR-POSTAGE-STAMP</u> WITH THE <u>SUMMONS/PLEADINGS,</u> FOR THE CONTINUANCE OF THE EVIDENCE OF THE <u>CHARTER-VESSEL</u> WITH THE <u>CLAIMANT/MILITARY/POST-OFFICE/[UNIVERSAL]GLOBAL-POSTAL-UNION</u>, WITH THE IDENTITY OF THE COURT WITH THE TRUTH, WITH THE IDENTITY OF THE PARTIES WITH THE TRUTH, FOR THE CHARGE OF THE CLAIMANT, WITH THE NAME AND LOCATION OF THE LIBEL(S). (b) FOR THE SUMMONS WITH THE TRUTH IS WITH THE CLERK OF THE SEAL AND AUTOGRAPH WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE ACCEPTANCE OF THE SUMMONS WITH THE **<u>TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2</u>: <u>FLAG</u>** WITH THE TRUTH OF THE ISSUE WITH THE CLAIMANT FOR THE COMPLETION OF THE SERVICE BY THE CLAIMANT. (c)(1) FOR THE CLAIMANT WITH THE KNOWLEDGE IS WITH THE AUTHORIZATION OF THE SERVICE WITH THE PROCESS WITH A SUMMONS AND COMPLAINT BY THE CLERK.

48. FOR THE CLAIM OF THE *<u>F.C.C.P.-CLAIM: 5</u>*: IS (a) WITH ALL PARTIES OF THE CLAIM ARE WITH THE CLAIM OF THE SERVICE OF ALL <u>PLEADINGS/PAPERS</u> WITH THE SAVE OF THE PARTIES WITH THE FAULT FOR THE LACK OF AN APPEARANCE AND CLAIM FOR THE DENIAL OF THE <u>CLAIMANT-ALLEGATIONS.</u> (b) FOR THE SERVICE OF THE PROCESS IS WITH THE REGISTRATION OF THE <u>U. S. MAIL</u> OR WITH THE <u>PERSONAL-SERVICE.</u> (d) FOR ALL PAPERS WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE SERVICE ARE WITH AN ASSEVERATION OF THE SERVICE. (e) FOR THE ASSEVERATION OF THE SERVICE WITH THE COURT IS WITH THE SERVICE OF THE PAPERS WITH THE COURT(noun) BY THE CLERK.

49. FOR THE CLAIM OF THE *<u>F.C.C.P.-CLAIM: 7</u>* IS WITH THE TYPES OF THE PLEADINGS. (a) FOR THE <u>C.U.S.A.F.</u> WITH THE <u>CHARTER-VESSEL</u> IS WITH THE CLAIM OF THE STATEMENT WITH A CLAIM OR <u>CHARTER-VESSEL-CLAIM</u> IS WITH A TITLE OF THE <u>CHARTER-VESSEL-CLAIM.</u> FOR THE STATEMENT WITH AN CLAIM IS WITH THE <u>CHARTER-VESSEL-CLAIM,</u> WITH THE CLAIM IS WITH THE CRIMINAL OR WITHIN THE ADMIRALTY/MARITIME-CLAIM BY THE <u>CLAIMANT.</u> FOR A MOTION TO DISMISS(sic) WITH THE ADMISSION IS WITH THE ALLEGATIONS OF THE CASE IS WITH THE LACK OF THE FULFILLMENT OF THE



CHARTER-VESSELS FOR THE STATEMENT WITH AN CLAIM OR CHARTER-VESSEL-CLAIM OF THE CLAIM.

(b)(1) FOR THE CLAIM WITH THE TRUTH IS WITH THE TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2: FLAG OF THE U.S.A., FOR THE FORCE OF THE CLAIMS WITH THE C.U.S.A.F.-CHARTER-VESSEL.

(2) FOR THE ESTABLISHMENT OF THE CASE-NUMBER IS WITH THE REGISTRATION OF THE U. S. MAIL FOR THE COMMENCEMENT OF THE AUTHORITY OF THE POST-OFFICE/F. B. I./MILITARY FOR THE ARREST OF THE CLAIMANT(S) WITH THE VOLITION FOR THE TRANSFER OF THE ADMIRALTY/MARITIME-CLAIM: DOCUMENTS WITHIN ANOTHER VENUE.

(3) FOR THE WRITING OF THE PLEADINGS ARE WITH THE WRITING OF THE CLAIMS OF THE GRAMMAR WITH THE PARAGRAPHS OF THE F.C.C.P.-CLAIM: 8 (f)(1-6).

(4) FOR THE CLAIMANT IN THE TRUTH IS WITH THE AUTHORITY FOR THE TAKING OF THE CONTROL OF THE CLAIM OF THE WORDS WITHIN THE LAWSUIT.

(5) FOR THE CHARTER-VESSEL-CLAIM IN THE TRUTH IS WITH THE PURPOSE OF THE PUBLICATION OF THE KNOWLEDGE OF THE PARTIES OF THE TRUTH OF THE FACTS OR THINKING BY THE CLAIMANT.

(6) FOR THE CORRECTION OF THE FICTION-LAWS ARE WITH THE TRUTHFUL-LANGUAGE-CONTRACT-CLAIM [PROCEDURE] OF THE ENGLISH-LANGUAGE OF THE LEGISLATURES. FOR THE CITES OF THE CASE-LAW ARE WITH THE LITTLE-USE, FOR THE SEPARATE-NATURE OF EACH CASE IS WITH OF THE DIFFERENCES WITH THE FACTS/ TIME/ PLACE/ ACTORS/ JURY/PARTIES/CHARTER-VESSEL-CLAIM/COUNSEL/JUDGE.

(7) FOR THE PLEADINGS OF THE P/C/P-VESSEL IS WITH THE AUTOGRAPH OR WITH THE SEAL WITH THE START, AND, WITH THE END OF THIS CLAIM. FOR THE P/C/P-VESSEL IN THE TRUTH IS WITH THE TAKING OF THE AUTHORITY OF THE PLEADING WITH THE FORWARD-WRITING, AND, WITH THE BACKWARD-WRITING, FOR THE BACK□/FRONT-READING OF THIS CLAIM.

50. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 8(f) IS WITH THE CLAIM OF THE CREATION OF THE CLAIM. FOR ALL CLAIMS WITH THIS CASE ARE WITH THE CHARTER OF THE CREATION IN THE TRUTH, FOR THE ADMINISTRATION OF THE JUSTICE. FOR THE PARTIES WITH THIS CASE ARE WITH THE CHARTER FOR THE WRITING OF THIS CLAIM WITH THE TRUTH, WITH THE David-Wynn: Miller- L. A. W. CONTRACT-CLAIMS [PROCEDURES]:

(1) FOR THE USE OF THE LANGUAGE IS WITH THE NOUNS AS THE NOUNS, AND, WITH THE USE OF THE VERBS AS THE VERBS BY THE PUNCTUATION.

(2) FOR THE WRITING WITH THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE C.U.S.A.F. IS WITH THE NOW-TENSE FOR THE FOLLOWING OF THE CLAIMS OF THE GRAMMAR OF THE ENGLISH-LANGUAGE.

(3) FOR THE WRITING OF THE NAMES[1] OF THE PARTIES **IS** WITH THE <u>IN-ITIAL-CAPITAL-LETTERS</u>, AND, WITH THE <u>LOWER-CASE</u> WITH THE PUNCTUATION[2] FOR THE SAFEGUARD OF THE NAME AS A NOUN FOR THE PUNCTUATION OF A NAME **IS** WITH THE USE BY THE <u>PRIVATE-CAPACITY</u>. FOR THE LACK OF THE PUNCTUATION WITH THE:(sic) **IS** WITH THE SUIT BY THE <u>FICTION-CAPACITY</u>.

(4) FOR THE <u>SENTENCE-WRITING</u> OF THE PLEADINGS WITH THE TRUTH **IS** WITH AN <u>ANCIENT-MATHEMATIC-FORMULA</u>, WITH THE OMISSION OF THE <u>ORIGINAL-PREPOSITIONS</u>, AND, FOR THE PLACEMENT OF THE <u>OPPOSITE-PREPOSITIONS</u> IN THE PLACE OF THE <u>ORIGINAL-PREPOSITIONS</u> **ARE** WITH THE ANALYSIS IN THE DIRECTION OF THE END OF THE SENTENCE WITH THE START OF THE SENTENCE, FOR THE EVIDENCE OF THE VOLITION OF THE WRITER. FOR THE WORDS WITH THE NEED **ARE** WITH THE TRANSLATION WITH A <u>FOREIGN-LANGUAGE</u>, WITH THE WRITING ON THE <u>CLAIM-SIDE</u> OF THE PAPER, WITH THE <u>LEFT-SIDE</u> OF THE PAPER, FOR THE WORDS **ARE** WITH THE <u>SAME-CLAIM</u> WITH THE <u>FORWARD-WRITING</u> OR WITH THE <u>BACKWARDS-WRITING</u>.
(5) FOR THE WRITING OF THE SENTENCES **ARE** WITH THE <u>MATHEMATIC-FORMULA</u> WITH THE BALANCE OF THE ENDS OF THE SENTENCES. FOR THE TRUTH WITH THE WRITING **IS** WITH THE FLOW AS A CIRCLE AS AN <u>ELECTRIC-CIRCUIT</u> WITH THE FLOW OF THE LOGIC OF THE <u>LAST-WORD</u> OF THE SENTENCE WITH THE <u>FIRST-WORD</u> OF THE SENTENCE, AND, <u>BACK-WITH</u> WITH THE <u>LAST-WORD</u> OF THE SENTENCE, FOR THE COMPLETION OF THE CIRCUIT FOR THE <u>NOW-FORCE</u> OF THE TRUTH **IS** WITH THE <u>NEVER-STARTING</u> , AND, WITH THE <u>NEVER-ENDING</u> WITH THE NOW-FORCE OF THE TRUTH WITH THE <u>ETERNAL-LIFE</u>.

(6) FOR THE LANGUAGE OF THE <u>C.U.S.A.F.</u> **IS** WITH A BAR FOR THE USE OF THE WORDS: *TO, FROM, WITHOUT*(sic) AS THE WORDS OF THE <u>DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY</u>. FOR THE WORD: *TO*(sic) OF THE <u>FUTURE-TENSE</u> **IS** WITH THE LACK OF THE SCOPE WITHIN THE MEANING FOR THE TERMINATION OF THE SENTENCE [OF WHAT FOLLOWS THE *TO*]. FOR THE CLAIM OF THE WORD: *FROM* **IS** WITH A <u>VAGUE-CLAIM</u>. FOR A MODEL OF AN OXYMORON **IS** WITH THE WORD: *WITHOUT*(sic) BY THE AUTHOR.

(7) FOR THE WILL OF THE WRITERS OF THE <u>**TITLE: 42: U.S.A.-CLAIM: SECTION: 1986**</u>: **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE STOPPING AND CORRECTION OF THE WRONG(S). FOR THE CLAIMANT IN THE TRUTH **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE CORRECTION OF THE RECORD OF THE LAW, WITH THE FINDING OF THE FLAWS IN THE LAW, FOR THE KEEPING OF THE VOLITION OF THE LAW BY THE WRITERS.

51. FOR THE CLAIM OF THE <u>*F.C.C.P.-CLAIM: 9*</u> **IS** WITH THE SPECIAL-PLEADINGS: (b) FOR THE FRAUD, OR FOR THE STATE OF THE MIND, (e) FOR THE CLAIM IN THE PLEADING **IS** WITH A CLAIM[DECISION] OF A <u>DOMESTIC-COURT/ FOREIGN-COURT</u>, <u>TRIBUNAL</u>, <u>QUASI-TRIBUNAL</u>, OR OF A BOARD OR OFFICER, WITH THE ADMIRALTY/MARITIME-CLAIM FOR THE CLAIM **IS** WITH THE LAW OF THE FLAG AND AUTOGRAPH WITH THE <u>POSTAGE-STAMP</u> WITH THE TOP OF THIS ORDER, FOR THE U-NITY WITH THE [UNIVERSAL]<u>GLOBAL-POSTAL-UNION</u> (f) FOR THE TIME, FOR THE PLACE, (g) FOR THE <u>SPECIAL-DAMAGE</u>, (h)

---

[1] For the use of the name **IS** with the <u>CHARTER-VESSEL-CLAIMS</u> of the <u>Government-Styles-Manual- Section: 3.</u>
[2] For the authority for the punctuation **IS** with evidence WITH the autograph of the U.S.A. President(sic): Thomas: Jefferson.
For the copy-claim with the date IS with the April-1, 2001 by the Russell-Jay: Gould.

FOR THE PLEADING OF THE CLAIM IS WITH THE STATEMENT OF THE STATING WITH THE CLAIM OF THE ADMIRALTY OR MARITIME-CLAIM [JURISDICTION] WITH THE DI-STRICT-COURT OF THE U-NITY-STATES OF THE AMERICA.

52. FOR THE CLAIM OF THE *F.C.C.P.-CLAIM: 10* IS WITH THE FORM OF THE PLEADINGS: (a) FOR THE CAPTIONS WITH THE PLEADINGS WITH THE TRUTH ARE WITH THE NAMES OF THE CITIZEN WITH THE PARTIES (b) FOR THE PARAGRAPHS. FOR THE PARTIES OF THE LAWSUIT ARE WITH THE SAFEGUARD OF THE C.U.S.A.F.. FOR THE TITLE OF THE PARTY AS A FIDUCIARY-PARTY IS WITH THE AVOIDANCE OF THE BREACH OF THE CHARTER-VESSEL-CLAIM WITH THE NAME OF THE PARTY WITH THE ACCUSATION AS A LIBEL.

53. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 26(e)(2) IS WITH THE PARTY OF THE OBLIGATION FOR THE CORRECTION OF A PRIOR-CLAIM FOR THE FACTS, FOR AN ORDER FOR THE SHOW, OR FOR AN ORDER FOR AN ADMISSION WITH THE PARTY IS WITH THE KNOWLEDGE WITH THIS CLAIM IS WITH SOME MATERIAL-CONCERN WITH THE LACK OF THE COMPLETE-FACTS OR WITH THE LACK OF THE CORRECT-FACTS WITH THE OTHER-PARTIES ARE WITH THE IGNORANCE OF THE ADDITIONAL-FACTS OR OF THE CORRECTIVE-FACTS.

54. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 12(b)(7-1) : CHARTER-VESSEL-CLAIM:
FOR THE CLAIM OF THE 12(b)(7) IS WITH THE U-NITY, WITH THE TRUTH WITH THE SERVICE OF THE PLEADINGS WITH THE TRUTH, WITH THE TRAVERSE/MUTENESS AS THE ACCEPTANCE; FOR THE CHARTER-VESSEL OF THE C.U.S.A.F. IS WITH THE LAW OF THE FLAG.
FOR THE CLAIM OF THE 12(b)(6) IS WITH THE STATEMENT OF A CLAIM WITH THE TRUTH AS THE CHARTER-VESSEL-CLAIM FOR THE U-NITY OF THE ADMIRALTY/MARITIME-CLAIM, WITH THE CHARTER-VESSEL-CLAIM OF THE DAMAGE.
FOR THE CLAIM OF THE 12(b)(5) IS WITH THE SERVICE OF THE PROCESS WITH THE SERVICE OF THE PAPERWORK IS WITH THE CLAIMANT THROUGH THE REGISTRY OF THE POST-OFFICE WITH THE TRUTH.
FOR THE CLAIM OF THE 12(b)(4) IS WITH THE PROCESS OF THE SERVICE WITH THE TRUTH; FOR THE CLAIM OF THE CLAIM[RULE] IS WITH THE PROCESS OF THE CHARTER-VESSEL-CLAIM WITH THE TRUTH.
FOR THE CLAIM OF THE 12(b)(3) IS WITH THE VENUE; FOR THE JUDGE WITH THE U-NITY IS WITH THE ADMIRALTY/MARITIME-JURISDICTION WITH THE CHARTER-VESSEL-LAW-CLAIM WITH THE PLACE OF THE CLAIM WITH THE TAKING-PLACE WITH THE FORCE OF THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] WITH THE TRUTH WITH THE LAW OF THE FLAG BY THE JUDGE.
FOR THE CLAIM OF THE 12(b)(2) IS WITH THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] WITH THE PARTY WITH THE TRUTH; FOR THE ESTABLISHMENT OF THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] IS WITH THE LAW OF THE FLAG WITH THE U-NITY FOR THE STATEMENT OF A CLAIM WITH THE TRUTH.
FOR THE CLAIM OF THE 12(b)(1) IS WITH THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION] OF THE MATTER WITH THE SUBJECT FOR THE JUDGE WITH THE TRUTH IS WITH THE OBLIGATION FOR THE READING OF THE CASE IN THE FRONT OF THE COURT FOR THE ACTING ON THE FACTS(nouns) OF THE CASE.
FOR THE REMEDIES WITH THESE CLAIMS ARE (a) WITH THE JUDGMENT WITH THE CLAIM ON THE PLEADINGS (b) WITH A CLAIM FOR THE STRIKING(c) WITH A WAIVER(OF THE MATTER OF THE SUBJECT) OF THE LACK OF THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION].

:R.J.D.

55. FOR THE CLAIM OF THE <u>**F. C. C. P.-CLAIM: 40(2)**</u> IS WITH THE ORDER OF THE CONVENING OF THE COURT(noun) WITH THE HEARING(noun) AND ORDER(noun) WITH THE TRIAL-CALANDER(noun) IN THE TRUTH(noun) WITH THIS TRIAL(noun) FOR ALL LIBEL(S) WITH THE <u>DI-STRICT-COURT</u> WITH THE <u>U-NITY-STATES</u> OF THE AMERICA WITH THE COURT BY THE CLERK.

56. FOR THE CLAIM OF THE <u>**F.C.C.P.-CLAIM: 55**</u> IS WITH THE <u>**FAULT**</u> WITH THE LACK OF A DENIAL OF THE <u>CLAIMANT/WITNESS-ALLEGATIONS</u>, WITHIN THE ALLOWANCE OF THE TIME WITH THE CLAIMS BY THE LIBEL(S).

57. FOR THE CLAIM OF THE <u>**F.C.C.P.-CLAIM: 60**</u> IS WITH THE REMEDY OF THE CLAIM, OR IS WITH THE ORDER OF THE <u>NEW-TRIAL</u> WITH THE TRUTH FOR THE <u>FOLLOWING-REASONS</u>: (1) WITH A <u>WRONG-ACT</u> WITH THE OMISSION OR FRAUD, OR FOR THE JUSTIFICATION OF A BREACH; (2) WITH THE PUBLICATION OF THE NEW-EVIDENCE WITH THE SHOW OF THE DUE-DILIGENCE DURING THE FAILURE OF THE PUBLICATION OF THE NEW-EVIDENCE WITH THE TIME FOR THE <u>CHARTER-VESSEL-CLAIM</u> FOR A <u>NEW-TRIAL</u> WITH THE <u>**F.C.C.P.-CLAIM: 59(b)**</u>; (3) WITH THE FRAUD WITH THE <u>DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY</u>, OR WITH OTHER WRONG OF AN <u>ADVERSE-PARTY</u>; (4) FOR THE AVOIDANCE OF THE CLAIM.

58. FOR THE CLAIM OF THE <u>**F.C.C.P.-CLAIM: 82:**</u> IS WITH THE OBLIGATION FOR THE TREATMENT OF THE CASE WITHIN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION]. FOR THE CONSTRUCTION OF THESE CLAIMS **ARE** WITH THE OBLIGATION OF THE FILING WITH THE ADMIRALTY-CLAIM OR MARITIME-CLAIM WITHIN THE ADMIRALTY-CLAIM [JURISDICTION] OR MARITIME-CLAIM [JURISDICTION] WITHIN THE <u>DI-STRICT-COURTS</u> OF THE U.S.A..

### FOR THE CLAIMS OF THE <u>TREATY-CLAIMS</u>:

59. FOR THE CLAIM OF THE ***VIENNA-CONVENTION FOR THE LAW OF THE TREATIES: ARTICLE: 11*** IS WITH THE <u>MEANS OF THE COMMUNICATION OF THE CONSENT FOR THE BINDING BY A TREATY</u>. FOR THE CONSENT FOR THE BINDING OF A STATE BY A TREATY IS WITH THE COMMUNICATION BY THE AUTOGRAPH, BY THE SWAP OF THE TREATY-DOCUMENTS, BY THE RATIFICATION, BY THE ACCEPTANCE, BY THE APPROVAL OR BY THE ACCESSION, OR BY OTHER-MEANS WITH A CONTRACT.

60. FOR THE CLAIM OF THE ***VIENNA-CONVENTION FOR THE LAW OF THE TREATIES: ARTICLE: 26*** IS WITH THIS TREATY IN THE FORCE IS WITH THE BINDINGNESS WITH THE PARTIES OF THE TREATY IS WITH THE OBLIGATION FOR THE CLAIM WITH THE GOOD-FAITH BY THE PARTIES.

### FOR THE CLAIMS OF THE WORDS OF THE TREATY:

61. FOR THE CLAIM OF THE TERM: <u>**P/C/P-VESSEL**</u> = <u>CLAIMANT/CITIZEN/PARTY-VESSEL</u> IS WITH THE CLAIM BY THE CLAIM.

62. FOR THE CLAIM OF THE sic IS WITH THE ACCURACY IN THE TRUTH.

63. FOR THE FORBIDDACNE OF THE ***ADJECTIVE*** IS WITH THE TWO-NOUNS, OR OF THE MORE-NOUNS WITH THE JOINDER WITH THE LACK OF THE PUNCTUATION FOR THE

MAINTANANCE OF THE CLAIM[PROCEDURES] **IS** WITH THE CREATION OF THE LAST-WORD AS THE NOUN. FOR THE LACK OF THE PUNCTUATION FOR THE MAINTANCE OF THE CLAIMS[PROCEDURES] **IS** WITH THE CREATION OF A FRAUD BY THE MODIFICATION/CHANGE/MOTION FOR THE CREATION OF A PROPER-ADJECTIVE/FICTION/FRAUD WITH THE VOLITION BY THE WRITER.

64. FOR THE CLAIM OF THE **ADVERBS** **IS** WITH THE PLACEMENT OF THE VERB WITH THE CLAIM, FOR THE FUNCTION OF AN ADVERB **IS** WITH THE CLAIM OF THE MODIFICATION WITH THIS CLAIM FOR THE CLAIMS OF THE CHANGE **IS** WITH THE VERB AS THE CLAIM/FACTS BY THE APARTHEID.

65. FOR THE CLAIMS *OF THE TRAPS* **ARE** WITH THE FORBIDDANCE WITH THE CLAIMS. FOR THE CLAIMS OF THE TRAPS **ARE** WITH THE FLAGS, et. al, PLANES, BRACKETS, BOXES, AND FICTIONS **ARE** WITH THE CREATION OF THE TRAPS FOR THE APARTHEID AGAINST THE CHARTER-VESSEL-CLAIMANT.

66. FOR THE CLAIM OF THE **APARTHEID** **IS** WITH A POLICY OF THE LEGAL-BIAS/PARTIALNESS FOR THE TRAPS-BIAS/PARTIALNESS WITH THE CLAIM AGAINST THE CHARTER-VESSEL-CLAIMANT.

67. FOR THE CAUSE OF AN **ASSUMPTION/PRESUMPTION/MODIFICATION/MOTION** **IS** WITH THE LACK OF THE STATEMENT FOR A CLAIM OF A CLAIM AGAINST THE FACTS/NOUN OF THE CHARTER-VESSEL-CLAIMANT.

68. FOR THE CLAIM OF THE **BREACH** **IS** WITH THE BREAKING OF THE LAW/CLAIM/OBLIGATION/ENGAGEMENT/DUTY WITH THE COMMISSION OR WITH THE OMISSION. FOR A PARTY OF THE C.U.S.A.F.-CHARTER-VESSEL IS WITH THE LACK OF THE CARRYING-OUT OF A TERM OF A CLAIM, OR OF A STATE BY THIS C.U.S.A.F.-CHARTER-VESSEL .

69. FOR THE CLAIM OF THE ***BIAS/PARTIALNESS*** **IS** WITH THE LACK OF THE EQUAL-TREATMENT WITH THE TIME OF THE FACT-FINDING WITH THIS CHARTER-VESSEL-CLAIM.

70. FOR THE CLAIM OF THE **CITE** **IS** WITH THE REASONING, OR OF THE CLAIM [REFERENCE] OF A LEGAL-AUTHORITY, FOR AN ARGUMENT WITH A COURT, OR WITH SOME-OTHER PLACE/TREATY OF THE OFFER, FOR THE SEEKING OF THE ALLEGIANCE FOR THE ESTABLISHMENT BY THE LAW.

71. FOR THE CLAIM OF THE **CONSTRUCTIVE-TREASON** WITH THE C.U.S.A.F. **IS** WITH THE CLAIM OF AN ALLEGIANCE OF AN OATH(**FOR THE OATH OF THIS** CHARTER-VESSEL **BY THE PARTIES, SEE: OF THE CLAIM OF THE TERM: OATH**), OR OF AN CHARTER-VESSEL-CLAIM WITH THE VERB-CHARTER-VESSEL FOR THE FICTION-POWER OF THE FICTION-FLAG WITH THE FRINGE, AND/OR WITH THE ALTERNATIVE-STANDARD OF THE LAW OF THE FLAG **IS** WITH THE CONTROL-FACTOR; FOR THE LAW **IS** WITH THE CHARTER-VESSEL-CLAIM WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1, 2, 3: AMERICAN-FLAG**. FOR THE PLACEMENT WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2** **IS** WITH THE VOLITION, FOR A CLAIM WITH THE MUTILATION OF THE **TITLE: 4: U.S.A.-CLAIM: SECTION(S): 1 & 2**: FLAG OF THE U.S.A., WITH THE **TITLE: 4: U.S.A.-CLAIM: SECTION: 3**. FOR THE CLAIM OF THE TREASON **IS** WITH THE VOLITION

FOR THE MUTILATION OF THE FLAG OF THE U.S.A. WITH THE FORMATION OF A FICTION-POWER FOR THE FURTHERMENT OF THE **APARTHEID** AND **OF THE CAPTURE** OF THE CLAIMS, AND FOR THE RAPE/COERCION/THREAT AGAINST THE CHARTER-VESSEL-CLAIM, FOR ANY BREACH OF THE TERMS **IS** WITH THE CONSTRUCTIVE-TREASON WITH THE 5-YEARS-PRISON-SENTENCE OR $: 5,000: FINE, FOR THE FALSE-SWEARING OF THE OATH WITH THE BREACH BY THE **TITLE: 18: U. S. A.-CLAIM: SECTION: 1621** AGAINST THIS C.U.S.A.F.-CHARTER-VESSEL-CLAIM.

72. FOR THE CLAIM OF THE **DI-STRICT-COURT** **IS** WITH THE ORIGINATION OF THE STRICT-CLAIM [JURISDICTION] OF THE COURT.

73. FOR THE CLAIM OF THE *HYPHEN*(-) **IS** WITH THE USE FOR THE SEPERATION OF A SYLLABLES OF A WORD FOR THE JOINDER OF THE WORDS/NOUNS FOR THE CREATION OF A COMPOUND AS A NOUN.

74. FOR THE CLAIM OF THE ***KNOWLEDGE*** **IS** WITH THE PERCEPTION OF THE TRUTH OF THE KNOWLEDGE OF THE FACTS WITH THE POWER BY THE KNOWING.

75. FOR THE CLAIM OF THE ***TRUTHFUL-LANGUAGE-CONTRACT-CLAIM [PROCEDURE]*** OF THE NOUN **IS** WITH THE USE OF A NOUN AS THE NOUN.

76. FOR THE CLAIM OF THE ***MALICE*** **IS** WITH THE VOLITION OF THE MIND BY THE NEGLIGANCE OF THE LAW/CLAIMS AGAINST THE CHARTER-VESSEL-CLAIMANT.

77. FOR THE CLAIM OF THE ***OATH*** **IS** WITH THE CLAIM OF THE OBLIGATION FOR THE PERFORMANCE IN THE TRUTH(noun) WITH THIS CHARTER-VESSEL-CLAIM.

78. FOR THE CLAIM OF THE ***OR/AND*** **IS** WITH THE CLAIM OF AN ALTERNATIVE, OR OF THE CHOICE WITH THE ONE-NOUN OR OF A COMBINATION WITH THE TWO-NOUNS OR WITH MORE NOUNS BY THIS CHARTER-VESSEL-CLAIM.

79. FOR THE CLAIM OF THE CLAIM(NOUN) **IS** WITH THE ASSIGNMENT OF THE ARTICLE(S): THE, THIS, A, AN FOR THE ASSIGNMENT BY THE COMMAND OF THE AUTHORITY WITH THE NOUN/FACT BY THIS CHARTER-VESSEL-CLAIM.

80. **FOR THE *PREPOSITIONS*:** FOR, WITH, THROUGH, IN, AS, OF, AND BY ARE WITH A NUMBER OF THE NOW-TENSE-CLAIM-WORDS; AND, FOR THE CHARTER-VESSEL-CLAIM OF THE NOW-TENSE-ADMIRALTY/MARITIME-CLAIM-WORDS **IS** WITH THE CHARTER-VESSEL FOR THE USE WITH AN ARTICLE WITH THE NOW-TENSE FOR THE CLAIM OF THE CLAIM WITH THE REAL-TIME-ADMIRALTY/MARITIME-CLAIM.

81. FOR THE FORBIDDANCE OF THE ***PRONOUNS*** **IS** WITH THE VAGUENESS OF THE NOUNS WITH THE CHARTER-VESSEL-CLAIM.

82. FOR THE CLAIM OF THE ***PUBLIC-VESSEL*** **IS** WITH THE CLAIM OF A VESSEL WITH THE OWNERSHIP, WITH THE CHARTER, OR WITH THE EMPLOYMENT BY THE U-NITY-STATES-GOVERNMENT OR BY A GOVERNMENT OF A FOREIGN-COUNTRY.

83. FOR THE CLAIM OF THE *STATE* IS WITH THE CLAIM OF THE VOLITION OF THE CHARTER-VESSEL-CLAIM FOR THE FULFILMENT OF THE OBLIGATIONS BY THE CHARTER-VESSEL-CLAIMANT.

84. FOR THE CLAIM OF THE *TORT* IS WITH A DAMAGE/WRONG AGAINST THIS CHARTER-VESSEL-CLAIM.

85. FOR THE CLAIM OF THE *U-NITY* IS WITH THE LAW OF THE ESTATES, FOR THE U-NITY IS WITH THE PECULIAR-CHARACTERISTIC OF AN ESTATE AS A HOLDING OF THE SEVERAL-PARTIES BY THE JOINT-TENANCY. FOR THE U-NITY OF A CHARTER-VESSEL IS WITH THE FOURFOLD-CHARACTERISTICS: FOR THE U-NITY OF THE OWNERSHIP, FOR THE U-NITY OF THE TITLE, FOR THE U-NITY OF THE TIME, AND, FOR THE U-NITY OF THE POSSESSION. FOR THE U-NITY OF THE JOINT-TENANTS ARE WITH THE ONE-OWNERSHIP WITH THE SAME-OWNERSHIP WITH THE ACCRUING WITH THE ONE-CONVEYANCE, WITH THE SAME-CONVEYANCE, FOR THE COMMENCEMENT WITH THE ONE-TIME, AND, WITH THE SAME-TIME, AND, FOR THE HOLDING WITH THE ONE-POSSESSION, AND, WITH THE WHOLE-POSSESSION BY THE SAME-POSSESSION.

86. FOR THE CLAIM OF THE *VESSEL* IS WITH ANY ARTICLE/TOOL/APPLIANCE/UTENSIL/ANIMAL/MAN/WORLD, CITIZEN, PARTY, CLAIMANT FOR THE TRANSMISSION/CONVEYANCE/STORAGE/CARRIAGE/CLAIM OF THE TERMS: THOUGHT/THINKING/THING. FOR SOME MODELS OF THE VESSELS ARE WITH THE ADMINISTRATOR, AGENCY, AGENT, BARRISTER, BILL OF THE LADING, CITIZEN, CLERK, COMPUTER, COURT, CRIMINAL, CUSTODIAN, [DEFENDANT(sic)], [DIRECTOR], DOCUMENT, ENTITY, FILE, JUDGE, JUROR, LITIGANT, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PARTY, PASSENGER, PEOPLE, CLAIMANT, PICTURE, PLAINTIFF, PLEADER, PLEADING, THING, FIDUCIARY-PARTY, SECRETARY, SOVEREIGN, STAFF, STATE, STRAWMAN, TAXPAYER, TENANT, TERRITORY, WARRANT, WITNESS OF THIS CHARTER-VESSEL.

87. FOR THE CLAIM OF THE WAR IS WITH A CONTENTION BY THE FORCE; OR, FOR THE VOLITION WITH THE HOSTILITY AGAINST THIS CHARTER-VESSEL-CLAIM.

88. FOR THE CLAIM OF THE *LIBEL* IS WITH THE NAME OF THE ACCOUNTABLE WITH THIS SUIT IN THE ADMIRALTY/MARITIME-CLAIM [JURISDICTION].

89. FOR THE CLAIM OF THE LIEN IS WITH THE CLAIM FOR THE SECURITY OF THE DEBT OR CHARGE WITH THE PERFORMANCE/OBLIGATION BY ANY ACT.

90. FOR THE CLAIM OF THE MARITIME IS WITH THE EARTH IN THE MILKY-WAY: GALAXY AS THE VESSEL IN THE SEA OF THE SPACE FOR THE CREATION OF THE ALL-THING'S WITH THE MARITIME.

91. FOR THE CLAIM OF THE VASSALEE IS WITH THE EMPLOYEE AS THE SERVANT.
: *Russell~Jay: Gould:*                              //.      : FINGER: PRINT:
:CLAIMANT AS THE WITNESS: Russell-Jay: Gould:
:ADDRESS: 419-17-MILE: ROAD:
In the city of the Arapahoe,
In the state of the Wyoming: [82510],
WITH THE WIRE-NUMBER: 1-307-856-9571.

For the copy-claim with the date IS with the April-1, 2001 by the Russell-Jay: Gould.      *:R.J.Z.*                              22

# EXHIBITS ATTACHED
# IN ORIGINAL FILE